

**FILED**

NOV 2 6 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

JACQUE CHOKROLA OJADIDI,    Case No.: 2:25-cv-3360-DJC-JDP

Plaintiff,

v.    FIRST AMENDED COMPLAINT

FOR DAMAGES

MORE COMMERCE, INC., a dissolved Delaware

corporation; MICHAEL SCHNAPF, an individual;

RICHARD STARR, an individual; and DOES 1

through 10, inclusive,    JURY TRIAL DEMANDED

Defendants.

Plaintiff JACQUE CHOKROLA OJADIDI ("Plaintiff"), appearing in pro per, alleges as follows:

INTRODUCTION AND SUMMARY

1. This is a civil action for damages arising from a pattern of racketeering activity orchestrated by Defendants, who associated together to form a RICO Enterprise that executed a nationwide "bust-out" scheme to defraud multiple merchant sellers.

2. The scheme involved using interstate wires to systematically underpay and then completely withhold proceeds owed to Plaintiff, encouraging continued business through false pretenses, and culminating in a bad-faith dissolution of the corporate defendant in January 2025 to avoid liability after maximizing holiday revenue.

3. This conduct constitutes violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961 et seq., and caused Plaintiff severe financial injury and irreparable harm to his professional reputation as a journalist and e-commerce merchant.

JURISDICTION AND VENUE

4. This Court has federal-question jurisdiction pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

5. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this District, including the Enterprise's primary office in Chico, California, and Defendants directed wire-fraud predicates into this District. Personal jurisdiction exists due to Defendants' continuous California operations and the scheme targeting a California resident.

PARTIES

6. Plaintiff JACQUE CHOKROLA OJADIDI is an individual residing in Elk Grove, Sacramento County, California.

7. Defendant MORE COMMERCE, INC. is a dissolved Delaware corporation that maintained its primary operational headquarters in Chico, California (within this District) and was the primary instrumentality of the Enterprise. The company's California headquarters and operational presence are independently verified by archived web pages from archive.org (the Wayback Machine) showing More Commerce's Chico, California address and operations (Exhibit H).

8. Defendant MICHAEL SCHNAPF is the CEO and controlling person of More Commerce, Inc. and resides in Pennsylvania.

9. Defendant RICHARD STARR is an officer and controlling person of More Commerce, Inc., resides in Pennsylvania, and later formed Starr Holding Company.

10. Defendants DOES 1–10 are unknown participants in the Enterprise whose identities will be disclosed through discovery.

THE RICO ENTERPRISE AND GENERAL ALLEGATIONS

11. Defendants formed an association-in-fact Enterprise as defined by 18 U.S.C. § 1961(4). This Enterprise was a group of individuals and entities associated in fact for the common purpose of executing the bust-out scheme. It functioned as a continuing unit with relationships and activities extending beyond any single predicate act of wire fraud, and its existence is distinct from the pattern of racketeering activity in which it engaged.

12. The purpose of the Enterprise was to execute a "bust-out" scheme to defraud merchant sellers, including Plaintiff, by systematically underpaying and then withholding sales proceeds.

13. Defendants conducted the Enterprise's affairs through a pattern of racketeering activity.

14. Beginning in 2024, Defendants, through the Enterprise, systematically underpaid Plaintiff and other merchants via interstate wire transfers.

15. During the peak 2024 holiday season, Defendants ceased all payments to Plaintiff while continuing to sell his inventory and collect customer payments.

16. In January 2025, Defendants formally announced they were "winding down" business operations (See Exhibit G), and subsequently caused More Commerce, Inc. to dissolve in bad faith to avoid liability for the fraudulently obtained revenues.

17. Following this dissolution, Defendants diverted assets, including business opportunities and technology, to Starr Holding Company, an entity formed by Defendant Richard Starr, which acquired Cacher.io on August 5, 2025.

18. Defendants continue to refuse payment to Plaintiff, and the pattern of racketeering activity remains ongoing.

19. This pattern of wire fraud, as detailed above, affected multiple victims nationwide.

20. Plaintiff was injured in his business and property by Defendants' racketeering activity.

THE FRAUDULENT SCHEME AND BREACH OF CONTRACTUAL DUTIES

21. The Enterprise's pattern of racketeering activity was executed through a series of false representations and material omissions, transmitted via interstate wires, designed to create a facade of legitimacy and lull Plaintiff into continuing business.

22. Throughout 2024, Defendants systematically underpaid Plaintiff on his monthly deposits. The true amount owed and the pattern of underpayment is known only to Defendants and is within their exclusive control, as they possess the complete sales and payment records.

23. In October 2024, Defendants ceased all payments to Plaintiff. While doing so, they continued to send automated notifications and communications via the MoreCommerce Platform (an instrument of interstate wire) affirming Plaintiff's sales activity and the platform's operational status, thereby falsely representing that the business relationship was functioning normally and concealing their intent to withhold all funds.

24. Specific Acts of Wire Fraud (satisfying Fed. R. Civ. P. 9(b)):

| Date | Sender / Medium | Exact False Statement / Omission | Why False & Reliance Damages |

| Nov 5, 2024 | support@morecommerce.com (email) | "We are experiencing some delays but are working to resolve all payment issues." | Defendants had already decided to cease all payments and dissolve; Plaintiff relied by continuing to list inventory and delaying legal action. |

| Dec 18, 2024 | Merchant Dashboard automated notice | "Your December payout is processing -- expect funds by Jan 15." | No payout was ever issued; funds were diverted. Plaintiff relied by not pulling his inventory before the critical holiday sales peak. |

| Jan 15, 2025 | Mass email from More Commerce | "We have begun the process of winding down... submit claims to claims@morecommerce.com" (Ex. G) | This communication was designed to lull creditors into a false claims process while corporate assets were stripped and sales continued to be processed without payment (Exhibit I). Plaintiff relied by delaying the filing of this lawsuit. |

25. Plaintiff justifiably relied on these representations and omissions by foregoing other business opportunities and not immediately initiating legal action to secure his funds.

26. Under the Merchant Agreement (Exhibit E) and Merchant Fees & Payment Terms (Exhibit F), Defendants collected buyer funds as escrow and were contractually required to remit the Gross Merchandise Value (GMV) to Plaintiff, minus a defined transaction fee, twice per calendar month.

27. Defendants breached this agreement in two ways: First, by systematically underpaying Plaintiff on his monthly deposits throughout 2024. Second, by completely withholding all proceeds owed to Plaintiff from October 2024 onward and abruptly shutting down the platform, while continuing to process sales and collect payments through January 2025 without remitting any proceeds to Plaintiff, as documented in Exhibit I. This sudden dissolution severely damaged Plaintiff's professional reputation and business relationships with major marketplaces that were integrated through the More Commerce platform, including Kroger, Shine, and TikTok, causing loss of goodwill and future business opportunities. The total amount of specific unpaid proceeds is $9,864.36. The total damages, including significant reputational harm and business losses, is

estimated to be not less than $500,000. When trebled under RICO, the total damages sought exceed $1,500,000. The precise amount of the unpaid proceeds is known only to Defendants and is within their exclusive control, requiring a full accounting.

28. The arbitration clause within the Merchant Agreement (§15, "Governing Law") is invalid and unenforceable as to the RICO and fraud claims asserted herein. These claims allege a pattern of criminal racketeering activity that falls far outside the scope of any routine dispute arising from the "Merchant Agreement." Furthermore, enforcing arbitration in this context, particularly against a dissolved corporate defendant used as an instrument of fraud, would be unconscionable and would contravene the public policy underlying RICO.

COUNT I -- VIOLATION OF RICO (18 U.S.C. § 1962(c))

29. Plaintiff realleges and incorporates by reference paragraphs 1 through 28 as if fully set forth herein.

30. Defendants Schnapf, Starr, and Does were employed by or associated with the Enterprise.

31. They conducted or participated in the conduct of the Enterprise's affairs through a pattern of racketeering activity, namely, multiple acts indictable under 18 U.S.C. § 1343 (wire fraud), as detailed in paragraphs 21-24 above.

32. Plaintiff's business and property have been injured by reason of the violation of 18 U.S.C. § 1962(c).

33. Plaintiff is entitled to treble damages, costs, and attorneys' fees pursuant to 18 U.S.C. § 1964(c).

COUNT II -- RICO CONSPIRACY (18 U.S.C. § 1962(d))

34. Plaintiff realleges and incorporates by reference paragraphs 1 through 33 as if fully set forth herein.

35. All Defendants knowingly agreed to conduct the affairs of the Enterprise through a pattern of racketeering activity.

36. In furtherance of this conspiracy, Defendants committed overt acts, including but not limited to the multiple specific acts of wire fraud and concealment described herein.

37. Plaintiff is entitled to treble damages, costs, and attorneys' fees pursuant to 18 U.S.C. § 1964(c).

COUNT III -- BREACH OF CONTRACT (Against More Commerce, Inc.)

38. Plaintiff realleges and incorporates by reference paragraphs 1 through 37 as if fully set forth herein.

39. A valid contract existed between Plaintiff and Defendant More Commerce, Inc., as evidenced by Exhibit E and Exhibit F, whereby Plaintiff provided goods for sale and More Commerce agreed to remit the proceeds.

40. Plaintiff fully performed his obligations under the contract.

41. More Commerce breached the contract by systematically underpaying and then completely failing to remit the proceeds from sales of Plaintiff's goods as required, including continuing to process sales through January 2025 without payment as shown in Exhibit I.

42. As a direct result of this breach, Plaintiff has been damaged in an amount to be proven at trial.

COUNT IV -- FRAUD (Against All Defendants)

43. Plaintiff realleges and incorporates by reference paragraphs 1 through 42 as if fully set forth herein.

44. Defendants, with the intent to defraud Plaintiff, made false representations and material omissions of fact, as detailed in paragraphs 21-24, while secretly planning to withhold all payments and dissolve the company, all while continuing to process sales and collect customer payments.

45. Plaintiff justifiably relied on these representations and omissions by continuing to ship goods and by delaying the initiation of legal action to recover his funds.

46. As a direct result of his reliance on Defendants' fraudulent conduct, Plaintiff has been damaged.

COUNT V -- ALTER EGO LIABILITY (Against Schnapf and Starr)

47. Plaintiff realleges and incorporates by reference paragraphs 1 through 46 as if fully set forth herein.

48. Defendants Schnapf and Starr exercised complete domination and control over More Commerce, Inc., regarding it as their alter ego, using the corporate form as a mere shell to perpetrate a fraud.

49. Such domination was used by Schnapf and Starr to commit a wrong, specifically the fraud and rackcteering activity alleged herein.

50. Plaintiff has been injured by this conduct.

51. To adhere to the fiction of the corporate entity would promote injustice and sanction a fraud. Therefore, Defendants Schnapf and Starr are personally liable for the debts and obligations of More Commerce, Inc.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against all Defendants, jointly and severally, for:

a. Compensatory damages according to proof at trial, including $9,864.36 in specific unpaid proceeds and no less than $500,000 in total damages for reputational harm, business losses, and other injuries;

b. Treble damages under 18 U.S.C. § 1964(c) on all compensatory damages proven at trial;

c. Punitive damages;

d. Pre- and post-judgment interest at the legal rate;

e. Costs of suit;

f. An order requiring Defendants to provide a full accounting; and

g. Such other and further relief as the Court deems just and proper.

JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: November 24, 2025

Respectfully submitted,

/s/ Jacque Chokrola Ojadidi

JACQUE CHOKROLA OJADIDI

Plaintiff, In Pro Per

10120 WEXTED WAY

Elk Grove, CA 95758

Telephone: (310) 990-0009

EXHIBITS TO COMPLAINT (incorporated per Fed. R. Civ. P. 10(c))

Exhibit A: LinkedIn screenshots proving More Commerce, Inc. headquarters in Chico, California

Exhibit B: August 2025 press releases proving Richard Starr formed Starr Holding Company and acquired Cacher.io

Exhibit C: One-page timeline of the racketeering scheme

Exhibit D: Screenshot of defunct morecommerce.com confirming January 2025 shutdown

Exhibit E: Merchant Agreement between Plaintiff and More Commerce, Inc.

Exhibit F: Merchant Fees & Payment Terms

Exhibit G: Email correspondence from More Commerce, Inc. regarding winding down of operations and claims process.

Exhibit H: Wayback Machine (archive.org) archived web pages proving More Commerce, Inc.'s headquarters and operations in Chico, California

Exhibit I: Payment records and analysis showing continued sales activity and withheld proceeds from January 1-20, 2025, demonstrating ongoing fraud during the dissolution period.

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 12 of 96



Home    My Network    Jobs    Messaging    Notifications

*Exhibit-A 1*



...e shoppers. More sales.   >more

# MoreCommerce

One-stop marketplace + marketing platform for small to medium sized businesses.

Technology, Information and Internet

Chico, California · 601 followers · 51-200 employees

Follow     Message    ···

Home    **About**    Posts    Jobs    People

## Overview

MoreCommerce elevates entrepreneurs by providing access to top-selling marketplaces and millions of valuable shoppers.

Guided by the belief that technology will fundamentally disrupt global trade, MoreCommerce provides software, services, and data to enable small business entrepreneurs to achieve their dreams.

Who We Are...
We're MoreCommerce, a network of solutions that empower trade for small and medium-sized businesses (SMBs) and brands. We provide the fundamental technology infrastructure, marketing reach, and services to help SMBs and brands leverage the power of the Internet to grow their businesses in the United States. Through our B2B platforms, distribution partnerships, data-centric marketplaces, world-class marketing services, and powerful technology, passionate SMB entrepreneurs can reach their full potential.
Utilizing our self-service and managed solutions, MoreCommerce empowers over 100K merchants to sell tens of millions of products across the top eCommerce marketplaces, including Amazon, eBay, Walmart, Groupon, Facebook Marketplace, Overstock, Etsy and AliExpress, as well as via our owned and operated properties (including Opensky, Dot & Bo, Storenvy).

...And Why You Belong Here

You yearn for inspiring work. You thrive in a fast-paced, teamwork-driven atmosphere. You want to shake things up and shape not only your own future but the future of global commerce and how millions of people do business around the world.

If that excites you, you belong here.                    Exhibit A2

Follow us!
Facebook: www.facebook.com/morecommerce
Instagram: @morecommerce
Twitter: @morecommerceinc

**Website**

https://www.morecommerce.com/

**Industry**
Technology, Information and Internet

**Company size**
51-200 employees
12 associated members 🔳

**Headquarters**
Chico, California

**Founded**
2018

**Specialties**
E-Commerce

# Locations (3)

Interact with the map to explore all locations

＋

−

Exhibit – A3

dun & bradstreet

D-U-N-S Number    Business Credit    Business Growth    Business Risk    Resources

## D&B Business Directory

HOME · BUSINESS DIRECTORY · RETAIL TRADE · SPORTING GOODS, HOBBY, MUSICAL INSTRUMENT, BOOK, AND MISCELLANEOUS RETAILERS
· OTHER MISCELLANEOUS RETAILERS · UNITED STATES · CALIFORNIA · CHICO · MoreCommerce, Inc.

# MoreCommerce, Inc.

**Get a D&B Hoovers Free Trial**

Website 🗗                                    ⓘ    Claim This Company

Overview    ...    Contacts    ...    ...    Corporate Family    Similar ›

## Overview

**Company Description:** 🔒

**Key Principal:** Antonio Hernandez
See more contacts ›

**Industry:** Other Miscellaneous Retailers , Sporting Goods,
Hobby, Musical Instrument, Book, and Miscellaneous
Retailers , Retail Trade , General merchandise, mail order

**See other industries within the Retail Trade sector:**
Automobile Dealers , Automotive Parts, Accessories, and
Tire Retailers , Beer, Wine, and Liquor Retailers , Book
Retailers and News Dealers , Building Material and
Supplies Dealers , Clothing and Clothing Accessories
Retailers , Department Stores , Electronics and Appliance
Retailers

View more ⌄

**Popular Search:**
🏢 Other Miscellaneous Retailers

🏢 Sporting Goods, Hobby, Musical Instrument, Book, and
Miscellaneous Retailers

🏢 Retail Trade

🖨 Printer Friendly View

📍 **Address:** 372 E 6TH St Chico, CA,
95928-5631 United States 🗗
See Other Location ›

📞 **Phone:** 🔒

🔍 **Website:** www.morecommerce.com 🗗

👥 **Employees (this site):** 🔒    ⓘ Modelled

🌿 **ESG ranking:** 🔒  ⓘ
  **ESG industry average:** 🔒  ⓘ

What is D&B ESG Ranking?

Is this your business? Contact us 🗗  to
understand how D&B calculated your
company's specific ESG Ranking, provide new
or updated information to ensure your
company's ESG Ranking remains accurate and
up to date, or dispute your current ranking.

Unlock full sales materials and reports

## Contacts

Get in Touch with 0 Principals* and 5 Contacts

| Antonio Hernandez Merchant Support Technician | Contact 2 🔒 | Contact 3 🔒 | Contact 4 🔒 |
| --- | --- | --- | --- |

**See All Contacts** 🗗

D&B Hoovers
Dynamic search and list building capabilities
Real-time trigger alerts
Comprehensive company profiles
Valuable research and technology reports

# Starr Holding Company Acquires Cacher.io to Expand SaaS Portfolio and Accelerate Growth

*Exhibit - B1*


**STARR HOLDING CO.**

PRESS RELEASE · Aug 5, 2025

*Strategic acquisition bolsters Starr Holding Company's developer tools lineup and fuels growth with fresh investment.*



**MALVERN, Pa., August 5, 2025 (Newswire.com)** - Starr Holding Company has announced the acquisition of Cacher.io, a developer-focused platform for managing code snippets and collaborative documentation. The acquisition represents a strategic addition to Starr Holding Company's expanding portfolio and supports the company's continued growth in the SaaS sector.



STARR HOLDING CO
</> CACHER.IO

STARR HOLDING COMPANY
ACQUIRES CACHER.IO

Addition to Starr Holding Company's
SaaS Portfolio

Cacher.io brings with it a loyal and growing user base, a lean operational model, and a strong foundation of recurring revenue. Under Starr Holding Company's ownership, the platform will receive new investment to accelerate development, expand engineering and marketing capabilities, and scale its customer acquisition efforts. This infusion of capital and resources is expected to elevate Cacher.io's market position while maintaining the simplicity and developer-first model that made it successful.

The acquisition reflects Starr Holding Company's broader strategy to diversify and strengthen its revenue streams through targeted acquisitions of high-potential SaaS businesses. With Cacher.io onboard, Starr Holding Company adds another valuable digital asset to its portfolio and deepens its presence in the developer tools market.

"This is a fantastic fit for both sides," said CEO Richard Starr. "Cacher.io has built an exceptional product that solves a real need for developers, and with Starr Holding Company's backing, we can amplify its reach, and accelerate its growth."

The platform will continue to operate under its existing brand, now backed by Starr Holding Company's strategic and financial support.

For more information, visit www.starrholdingcompany.com and www.cacher.io.

**Media Contact:**

**John Nash - john.nash@auctiva.com**

**Contact Information**

John Nash
*Director of Growth*
john.nash@auctiva.com

TAGS
acquisitions    developer tools    mergers    saas    software

## About Starr Holding Company

Starr Holding Company is a private investment firm focused on acquiring and scaling niche software businesses with long-term growth potential. Focused on long-term growth in SaaS, and developer tools, Starr Holding Company eyes collaborative success.

www.starrholdingcompany.com

Starr Holding Company
101 Lindenwood Dr., #Suite 225-65159
Malvern, PA
19355

## Contacts

John Nash
Director of Growth
john.nash@starrholdingcompany.com

## More Press Releases

**Starr Holding Company Acquires SwiftNet WiFi, Expanding Portfolio of Innovative Digital Solutions**

*The addition of SwiftNet WiFi to Starr Holding Company's portfolio reinforces its growth strategy of investing in scalable, industry-leading digital solutions. SwiftNet WiFi delivers secure, high-speed portable internet designed to meet the demands of RVers, truckers, campers, businesses, and remote workers, as well as those in rural areas. This acquisition demonstrates Starr Holding Company's commitment to bringing affordable, scalable technology to all through both software and hardware solutions.*

**Auctiva Announces Major Platform Updates, Event Sponsorship and Ownership Changes**

*Auctiva has unveiled major platform upgrades aimed at helping eBay sellers grow their businesses, backed by fresh investment under new ownership. The updates include advanced automation, deeper eBay integration, and AI-powered SEO and listing tools to streamline selling. New support for eBay's Negotiation API enables sellers to send personalized offers to interested buyers, boosting conversions and reducing excess inventory. These innovations will be showcased at the 2025 eBay Open, marking the start of a new era of growth and seller-focus.*

NEWSWIRE

Free PR Guide

**Products**
Press Release Distribution
Financial Distribution
Media Suite
Media Database
Media Pitching
Media Monitoring
Analytics
Media Room
Customer Success
Press Release Optimizer

**Company**
About Us
Blog
Customer Stories
Our Media Rooms

**Resources**
Resource Center
For Journalists
Newsroom
PR and Earned Media Planner
RSS Feeds
Media Outlets

**Support**
Contact Us
Email Support

© 2005 - 2025 Newswire

Terms of Service · Privacy · Uptime

 LinkedIn

*Exhibit - B2*



## Starr Holding Company
Holding Companies
Malvern, PA   7 followers

Discover all 3 employees

( Follow )

### Affiliated pages

</> CACHER  **Cacher.io**
Software Development

### Similar pages

**MoreCommerce**
Technology, Information and Internet
Chico, California



Health, Wellness & Fitness

**Mercedes-Benz Club of America**
Non-profit Organizations
Colorado Springs, CO

SFMC  **San Francisco Media Company**
Newspaper Publishing
San Francisco, California

## About us

| | |
|---|---|
| Website | https://www.starrholdingcompany.com/ |
| Industry | Holding Companies |
| Company size | 11-50 employees |
| Headquarters | Malvern, PA |
| Type | Self-Employed |

**LinkedIn is better on the app**
Don't have the app? Get it in the Microsoft Store.

( Open the app )

## Locations

Primary
101 Lindenwood Dr.
Suite 225-65159
Malvern, PA 19355, US
Get directions

## Employees at Starr Holding Company


**Todd Lusby**
SaaS & eComm Ops Whisperer | Supply Chain Sleuth | Turning Chaos into Flowcharts Since Forever | Strategic Wizard for Scaling Stuff


**Richard Starr**
Retail, Tech, Entrepreneur, Investor


**John Nash**
Director of Growth | Head of Demand Generation

( See all employees )

LinkedIn  © 2025   About   Accessibility   User Agreement   Privacy Policy   Your California Privacy Choices   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines



**STARR HOLDING CO.**

## Our companies

*Exhibit-B3*



Industry Leading Tools





**Auctiva**

**Vendio**

**Storenvy**

Auctiva's powerful tools for sellers allow merchants to efficiently and easily manage their eBay business.

Multi channel solutions for eBay, Amazon and Etsy sellers.

Storenvy is the home to emerging brands and authentic goods. It's a place where you can launch a custom store in minutes.





BETTER CONTRACT STORAGE COMING OCT. 2025



The best code snippet organizer

**Bucharest Services**

**Contract Folder** (Coming Soon)

**Cacher.io**

Software development, services and support for online SAAS businesses. Located in Bucharest Romania.

A better way to manage your business contracts.

The best code snippet organizer.





**Swiftnetwifi**

**Streettag**

Highspeed 5g internet provider for your home or RV.

Your go-to App for fund and getting physically active. Located in London England.

### Investment Thesis

The internet is no longer the untapped frontier it was in the early 2000s. Today, many founders operate mature platforms with solid user bases. Yet, steady or slower-growth businesses—those unlikely to become the next unicorn—often struggle to attract attention from venture capital or private equity firms focused on outsized returns.

We specialize in acquiring SaaS products and businesses that meet the following criteria:

* $5K–$100K in MRR
* Clear product-market fit
* Stable or steadily growing revenues
* Low operational complexity
* Growth potential through targeted investments in sales, marketing, and product development
* Ability to exit hyper-scaled cloud environments into our owned infrastructure

We're particularly well-suited to partner with founders who:

* Are ready to step back from daily operations
* Seek liquidity to pursue larger or new ventures
* Recognize untapped potential in their business but need support beyond their current capabilities or interests

Starr Holding Company
101 LINDENWOOD DR SUITE 225-65159
MALVERN, PA 19355

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## JACQUE CHOKROLA OJADIDI v. MORE COMMERCE, INC., et al.

Case No. _____

## EXHIBIT C

## TIMELINE OF RACKETEERING SCHEME & ENTERPRISE OPERATIONS

**January 13, 2024**
The Enterprise's primary operational headquarters is established at its Chico, California address, as captured by the Wayback Machine web archive (morecommerce.com). This confirms the Enterprise was operating within this Judicial District.

**January – September 2024**
Defendants systematically underpay Plaintiff and other merchants via interstate wire transfers while accepting and selling new inventory, creating a false appearance of legitimate business and lulling merchants into continuing to ship goods.

**October – December 2024 (Peak Holiday Season)**
Defendants completely cease all payments to Plaintiff and other merchants while continuing to receive and sell millions of dollars in merchant goods and collecting full customer payments via interstate wires—maximizing revenue intended to be stolen.

**January 2025**
Immediately after the holiday revenue grab, Defendants cause More Commerce, Inc. to dissolve/shut down in bad faith, designed to discharge fraudulently incurred debts and avoid liability to creditors. The morecommerce.com website becomes defunct.

**February – July 2025**
Enterprise lies dormant but individual defendants retain stolen proceeds and plan next phase.

**August 2025**
Defendant RICHARD STARR forms Starr Holding Company and acquires the Cacher.io platform—diverting business opportunities, technology, and value that

rightfully belonged to the creditors of the dissolved More Commerce, Inc. This demonstrates continuity of the Enterprise and ongoing threat of racketeering activity.

**Ongoing (2025–present)**
Enterprise continues to operate under new corporate identity while refusing to pay Plaintiff or other victims, maintaining the same leadership and business model minus the liabilities created by the fraud.

**This timeline establishes:**

• **Relatedness** (same victims, same methods, same participants, same purpose)
• **Closed-ended + open-ended continuity** (operations from at least January 2024, spanning over 20 months, and still ongoing)
• **Venue in the Eastern District of California** (Enterprise was based in Chico, CA)
• **Pattern of racketeering activity** under 18 U.S.C. § 1961 et seq.

Dated: November 20, 2025

JACQUE CHOKROLA OJADIDI
Plaintiff, In Pro Per

Exhibit-C1

 https://www.morecommerce.com/

381 captures
16 Jul 2003 - 29 Sep 2025

DEC JAN MAR
◀ 13 ▶
2022 2024 2025  ▼ About this capture

**Seamless Integrations**    **Access Everywhere**    **Merchant Testimonials**    **Contact Us**

# List Once.
# Sell Everywhere.

SELL ON EXCLUSIVE MARKETPLACES

 Dot Bo  11 MAIN  gemafina

SELL ON 10 ADDITIONAL MARKETPLACES

 ebay     amazon    Walmart     facebook

 houzz    wish    sears     Kroger    newegg

**No additional selling account needed**
**No listing management required**
**We handle customer service**
**You get paid!**

Enter your email     Get Started

## MoreCommerce the Leader in Multi-Channel
## Selling for SMBs

Sell everywhere with MoreCommerce. When you list with us, not only do your listings go up on our owned and operated marketplaces, but you'll also get access to our extensive partner network of major brand name shopping destinations. More than 30,000 rockstar sellers trust MoreCommerce to help them sell over a billion dollars annually. Come join us and start earning.

Sign Up

facebook    Walmart    amazon    Go gle

newegg    ebay    houzz    wish

Kroger    sears

### Available Exclusively on MoreCommerce

 Dot Bo    11 MAIN    gemafina

## How It Works



**IMPORT** an unlimited number of products with our easy to use import tools.

*Or import from another store »*



**RENT** your products for retail. You control how much you get paid.

*Learn about our pricing »*



**LIST** your products on up to 14 major marketplaces.

*See our partners »*

**SELL** more. Manage orders and process shipments from one intuitive dashboard.

*Hear from our sellers »*

*Exhibit C2*

## Want to Learn More?

Talk to an expert about our tools and services.

**Schedule a Short Intro Call**



## We're Different

Over the last 20 years, we've built sophisticated technology to match sellers' products with interested customers.

We've partnered with major marketplaces to let you list your products without hassles, confusion, or fees.

MoreCommerce gives you an edge to compete with major retailers and other businesses.

**Read Our Story**

## What Our Customers Say



We have a small team and MoreCommerce has been a huge time-saver and value add for us! Selling through MoreCommerce allowed us to easily grow on new marketplaces with no admin headaches or extra people hired.

-Comfort Wheels

The best part about partnering with MoreCommerce is they handle all the customer service questions on all the marketplaces... Going with MoreCommerce freed my team and I up to create more products and hit our sales goals...

-Evolvewings

As soon as I signed up I was very impressed with the level of service from technical support to account management. They've always had my back. We just had a deal go live across multiple channels led by our account manager. Thanks MoreCommerce

-Bargain Hunters

---

**›more**commerce
More Shoppers. More Sales. MoreCommerce.

**Resources**
Merchant Help Center
Latest Blog Posts

**About**
Our Story
About Us
Contact Us
Merchant Testimonials
Careers

**Policies**
Terms of Service
Merchant Agreement
Brand Protection
Privacy
Security
Return Policy

**Trusted Partners**
Services For Growing
Your Business

© 2024 MoreCommerce · Privacy Policy · support@help.morecommerce.com · 372 E 6th St., Chico, CA 95928

   

# MORECOMMERCE, INC. — COMPANY UPDATE

Exhibit - D1

After many years of serving merchants, partners, and customers, **MoreCommerce, Inc.** has begun the process of **winding down its business operations.**

We are deeply grateful for the trust, collaboration, and support we have received from the ecommerce community over the years. It has been our privilege to work alongside so many talented businesses and individuals in helping connect merchants to new opportunities.

As part of this transition, we are following the formal **corporate dissolution process in accordance with Delaware law.** We are actively working to liquidate remaining assets and fulfill our outstanding obligations.

## Outstanding Claims

If you are a merchant, vendor, or other party with an **outstanding balance or claim,** please submit y claim to: claims@morecommerce.com

When submitting your claim, please include documentation that supports the amount owed, such as invoices or account statements. If you have already submitted a claim, no further action is needed at this time unless we request additional information.

For any **questions regarding the claims process,** you may also contact us at the email above.

Thank you again for being a part of our journey.

— The MoreCommerce Team

### This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies. your data will

Copyright © 2025 MoreCommerce Inc - All Rights Reserved.

Powered by

 GoDaddy Airo

Exhibit E1

## Introduction

PLEASE READ THIS MERCHANT AGREEMENT (COLLECTIVELY WITH THE MORECOMMERCE TERMS OF MEMBERSHIP POLICY, MORECOMMERCE MERCHANT QUALITY OF SERVICE AGREEMENTS, PRIVACY POLICY, MERCHANT FEE AND PAYMENT TERMS, MERCHANT BOOST AGREEMENT AND MERCHANT RULES, THIS "AGREEMENT") CAREFULLY BEFORE USING THE SERVICES, FEATURES AND CONTENT OFFERED BY MORECOMMERCE ("MORECOMMERCE," "US" OR "OUR"). THIS AGREEMENT FORMS A LEGALLY BINDING CONTRACT BETWEEN THE MERCHANT IDENTIFIED IN THE SIGN-UP FORMS ("MERCHANT," "YOU" OR "YOUR") AND MORECOMMERCE IN RELATION TO YOUR USE OF MORECOMMERCE.COM OR ANY OTHER MORECOMMERCE-CONTROLLED WEBSITE, SERVICE, OFFERING, MARKETPLACE, PLATFORM, APPLICATION OR 3RD PARTY PLATFORM ACCOUNT (COLLECTIVELY, THE "MORECOMMERCE PLATFORM"), INCLUDING WITHOUT LIMITATION THOSE AVAILABLE AT 11MAIN.COM, DOTANDBO.COM, GEMAFINA.COM, OPENSKY.COM AND PICKPERFECT.COM, IN CONNECTION WITH SELLING YOUR PRODUCTS (AS DEFINED BELOW). IN ORDER TO PROMOTE, MARKET, SELL OR OFFER TO SELL PRODUCTS ON THE MORECOMMERCE PLATFORM, YOU MUST FIRST AGREE TO THIS AGREEMENT BY CLICKING "ACCEPT" WHERE THIS OPTION IS MADE AVAILABLE TO YOU. IF YOU ARE ACCEPTING THIS AGREEMENT ON BEHALF OF AN ORGANIZATION OR ENTITY, YOU REPRESENT AND WARRANT YOU HAVE POWER AND AUTHORITY TO BIND SUCH ORGANIZATION OR ENTITY TO THIS AGREEMENT.

Merchant acknowledges and agrees that there may be additional terms and conditions applicable to certain portions of the MoreCommerce Platform and certain features, content, resources or services available on or through the MoreCommerce Platform, and any such additional terms and conditions that Merchant accepts in the course of accessing or using any portion of the MoreCommerce Platform are hereby incorporated in and made a part of this Agreement.

For Merchant's use of the MoreCommerce Platform for purposes other than those specifically addressed in this Agreement (or any other agreement between MoreCommerce and Merchant, including without limitation any Standard Product Agreement, Premium Product Agreement or Extended Premium Product Agreement), Merchant acknowledges and agrees that it is bound by the terms and conditions set forth in the Terms of Service located at https://www.morecommerce.com/content/general/policies-terms, including, without limitation, those terms, rules, and restrictions regarding uploading, distributing, and publishing content, materials, and submissions on or through the MoreCommerce Platform, the licenses granted to MoreCommerce, MoreCommerce's liability limitations and warranty disclaimers, and the obligations, indemnities, and liabilities of Merchant with respect thereto. In the event of any conflict between the Terms of Service and this Agreement, the terms and conditions of this Agreement shall govern and prevail.

Exhibit-2

MoreCommerce's role is to create a global marketplace distribution network environment through the MoreCommerce Platform where buyers can discover and purchase from independent brands and Merchants.

MoreCommerce is building a platform to enable the most innovative independent brands to engage with consumers globally. The goal of that interaction is for consumers to discover, share, and purchase goods on the MoreCommerce marketplaces and other channels and for Merchants to have a distribution channel that enables them to reach a large and engaged audience and to build their brand in an efficient and productive manner. MoreCommerce is a place for Merchants to support a growing community of consumers actively interested in shopping the most dynamic independent brands.

Merchant may market, promote, sell, offer for sale, display, import, export and distribute (to the extent applicable) certain of its Products using the MoreCommerce Platform. A buyer enters into a transaction with a Merchant, facilitated through the MoreCommerce Platform, when that buyer places an order for that Merchant's goods or products featured in that Merchant's store available on the MoreCommerce Platform (collectively, "Products"). Please note that MoreCommerce can also be a merchant on the MoreCommerce Platform.

After placing such an order, the buyer receives a notification regarding the order, and the Merchant receives a notice in its MoreCommerce Merchant account. A transaction is completed upon payment from the buyer and delivery of the goods by the Merchant in accordance with this Agreement. MoreCommerce offers a Direct Payment Service to facilitate a Merchant's transactions with its buyers and, when offering such Direct Payment Service, is not a buyer of any products related to the transaction between the buyer and Merchant. MoreCommerce does not transfer legal ownership of Products from Merchant to buyer (though, on occasion, MoreCommerce is a Merchant of products on the MoreCommerce Platform).

Merchant represents and warrants that it has not granted any third party rights inconsistent with the foregoing, without limiting any of MoreCommerce's rights and remedies set forth in this Agreement, or any buyer rights and remedies referenced in this Agreement.

## Initiating Membership

Application and Approval Overview. Merchant shall set up a Merchant account on the MoreCommerce Platform through the applicable website or application portal and fill out all applicable information. MoreCommerce accepts only high quality brands and Merchants onto the MoreCommerce Platform and reserves the right not to accept, within its sole discretion, any brands or Merchants that do not meet its standards. Furthermore, MoreCommerce reserves the right to remove from the MoreCommerce Platform any Merchant or Product(s) at our sole discretion.

Merchant acknowledges and agrees that different portions of the MoreCommerce Platform may be subject to different Product listing and other requirements and terms, as determined by MoreCommerce in its sole discretion. For example, certain marketplaces included in the MoreCommerce Platform may require Merchants to meet certain quality standards, may be

Ex Ui bit-E3

limited to certain categories or types of Products and/or may be subject to different terms with respect to payments, transaction fees and shipping requirements.

Merchant also acknowledges and agrees that by creating a MoreCommerce Platform Merchant account for any applicable MoreCommerce-controlled marketplace, website or application, Merchant grants to MoreCommerce the right to list and make available for sale to buyers Merchant's Products offered through that particular marketplace, website or application through any other MoreCommerce-controlled marketplace, website, application or 3rd party partner account as well, subject to the payment terms set forth in this Agreement (including the Fee and Payment Terms). For example, if a Merchant lists its Products on morecommerce.com, without any further notice to (or consent required from) Merchant, MoreCommerce may (in its sole discretion) choose to list any or all of those same Products on any (or all) More-Commerce-controlled marketplaces, websites or applications (including, but not limited to, 11main.com, dotandbo.com, gemafina.com, opensky.com and pickperfect.com) and 3rd party partner accounts (including, but not limited to, Facebook, Groupon, Overstock and Walmart) as part of our Syndication Program.

Merchant Profile. Merchant will also set up a Merchant profile that will describe Merchant's brand and other attributes of Merchant's store and Products on the MoreCommerce Platform (a "Merchant Profile Page") and create or customize content (including without limitation video, photographs and text, all of which shall be owned by Merchant and licensed to MoreCommerce pursuant to the content license set forth below) for its Products that it wishes to sell on the MoreCommerce Platform ("Product Content"). All Merchant profile information and Product Content will be visible to users on the MoreCommerce Platform; however, Merchant may not sell any Products until MoreCommerce has approved Merchant's participation in the MoreCommerce Platform pursuant to the criteria set forth above. In addition to the foregoing, Merchant shall provide information about its store in its profile page and may link its MoreCommerce Platform account to its social media and similar accounts (including without limitation its Facebook account(s)). Merchant acknowledges and agrees that any information it shares on or through third-party services such as Facebook shall be governed by that service's privacy policy. Merchant agrees to comply with MoreCommerce's rules and guidelines related to Merchant profile pages, as set forth in the Merchant Rules. MoreCommerce reserves the right to modify the Merchant profile page rules and guidelines from time to time, upon notice to Merchant. MoreCommerce reserves the right to review Merchant's profile page. To the extent MoreCommerce determines, in its sole discretion, that Merchant's profile page does not comply with this Agreement, including any of MoreCommerce Merchant profile rules and guidelines, MoreCommerce reserves the right to suspend or terminate Merchant's account on, access to and/or use of the MoreCommerce Platform, in whole or in part. Merchant acknowledges that in the event of any such suspension or termination, it remains obligated to pay any outstanding fees or other amounts owed to MoreCommerce.

## MoreCommerce Promotions

MoreCommerce reserves the right to implement promotions or other loyalty programs in connection with the MoreCommerce Platform pursuant to which buyers may receive discounts earned in connection with such program(s) (collectively, "MoreCommerce Promotions") toward

Exhibit E-4

Product purchases. Unless otherwise mutually agreed upon in writing, Merchant shall have the right to determine whether it wishes to participate in the MoreCommerce Promotions program. To the extent Merchant opts to participate in the MoreCommerce Promotions program, it shall be obligated to allow discounts in conjunction with the purchase of any and all Products it offers through the MoreCommerce Platform. Merchant may allow a buyer to apply a maximum percentage of such buyer's total purchase price of a Product toward discounts via the MoreCommerce Promotions program. This percentage shall be selected by the Merchant via the MoreCommerce Platform, within a range determined by MoreCommerce. MoreCommerce reserves the right to modify the terms of the MoreCommerce Promotions program at any time in its sole discretion.

Merchant has the right to opt out of allowing MoreCommerce Promotions discounts towards the purchase of Products, or modify its maximum allowed discount at any time. However, it may take up to 24 hours for any such changes to take effect.

## Price

Merchant shall set a "Product Deal Price" for each Product representing the amount for which Merchant agrees that such Product may be sold. Merchant shall additionally state the shipping price for each shipping option selected for the Product.

Any changes to the Product Deal Price and shipping prices of Products may take up to 24 hours to take effect across corresponding listings on all marketplaces included with the MoreCommerce platform. For example, if Merchant makes a change to the Product Deal Price and/or shipping cost for a Product, Merchant may continue to be paid based on the previous Product Deal Price and shipping cost for orders placed up to 24 hours thereafter.

MoreCommerce reserves the right to adjust the prices or shipping costs displayed to users to optimize sales for our Merchants. This does not affect the amount or percentage MoreCommerce has agreed to pay to Merchant for their Products, and MoreCommerce will pay Merchant based on the Product Deal Price and shipping costs that Merchant lists for its Products, as more particularly set forth in the Fee and Payment Terms, unless Merchant has agreed to pricing adjustments in connection with special promotions offered from time-to-time to promote Merchant's Products (in which case the amount MoreCommerce pays Merchant for its Products may be lower, subject to the specific terms of such promotions).

## Customer Service

Generally, MoreCommerce will use commercially reasonable efforts to assist Merchant in facilitating its basic customer service needs. This may include (but is not limited to) assistance with questions related to order tracking, assistance with how to make carrier claims of lost or damaged shipments, assistance processing returns including provision of return shipping labels to buyers and initiation of the return in the MoreCommerce Platform, cancellation of orders due to buyer request or credit card issues and referral of any buyer questions relating to a particular Merchant to that Merchant. MoreCommerce reserves the right to decline to assist Merchant in conjunction with certain customer service functions. Merchant acknowledges and agrees that

Exhibit-E5

MoreCommerce does not guarantee that it will answer or resolve any or all customer service inquiries, issues or disputes.

## Shipping and Inventory

### Shipping.

All sales of Products are binding. Merchant shall be solely responsible for all buyer purchase order fulfillment, shipping, returns, recalls and customer service issues at Merchant's expense. Merchant shall ship the Products for orders placed through the MoreCommerce Platform to the address of the buyer (or the buyer's intended recipient) within the time periods defined in the Merchant Quality of Service Agreements. All shipments of Products shall be shipped Delivered Duty Paid to buyer's designated address (or DDP, as defined in Incoterms 2010, and meaning that Merchant is responsible for delivering Products to the address of the buyer or buyer's intended recipient and shall pay all costs, including relevant import duties and taxes, to ship Products to their destination). Unless otherwise mutually agreed upon by the parties in writing, Merchant shall have the right to determine the shipping costs for the sales of Products, which MoreCommerce will collect from the buyer and pass through to Merchant, less all applicable payment processing fees or other fees. To the extent a buyer applies any discount toward the purchase of a Product (including any discounts obtained through the MoreCommerce Promotions program, to the extent applicable), such discount will be applied only to the Product itself and not the cost of shipping. For instance, if a buyer purchases a $100 Product that costs $10 to ship and such buyer has a $20 discount, the buyer will be purchasing the Product from the Merchant for $80 and paying the Merchant $10 for shipping, plus any applicable tax.

Merchant acknowledges and agrees that different portions of the MoreCommerce Platform may be subject to different shipping and inventory requirements, as communicated to Merchant by MoreCommerce, and Merchant is responsible for complying with all such terms and conditions that Merchant accepts in the course of accessing or using any portion of the MoreCommerce Platform.

### Inventory.

Merchant shall keep MoreCommerce apprised, via the MoreCommerce Platform, of all inventory levels, inventory changes and lead times for any out of stock Products. Merchants who do not keep MoreCommerce apprised of inventory levels and must cancel orders as a result may be subject to further action as set forth in the MoreCommerce Merchant Quality of Service Agreements.

## Product Content

### Product Guidelines.

MoreCommerce shall have the right to accept, reject or withdraw approval of any Product in its sole and absolute discretion. Merchant shall not submit, and is not permitted to market or sell, any offensive or illegal products, Products that do not comply with MoreCommerce's Merchant

Exhibit - E6

guidelines that MoreCommerce has made available to Merchant, whether on its MERCHANT RULES page (which MoreCommerce reserves the right to update from time to time) or otherwise, or any Products that Merchant is not authorized to sell. Merchant acknowledges and agrees that MoreCommerce has the right in its sole discretion to take down any information and content, and block sales of any Products, at any time for any reason.

## Product Sales and Descriptions.

Merchant acknowledges and agrees that it will provide clear shipping policies and ship all orders of Products and otherwise complete transactions with buyers in accordance with the Merchant Quality of Service Agreements, except in exceptional circumstances.

Merchant acknowledges and agrees that all descriptions, photos and other information and content relating to Products shall be accurate and complete at all times. Merchant acknowledges and agrees that MoreCommerce may adjust Product details (e.g., titles, images, descriptions) for optimization purposes in its sole discretion, solely to the extent such changes do not impact the amount Merchant will receive in the event of a sale or change the Product being offered for sale. Any Product descriptions that do not comply with this Agreement (including without limitation MoreCommerce's MERCHANT RULES ) may result in suspension or termination of Merchant's account on the MoreCommerce Platform. Merchant acknowledges that in the event its account has been suspended or terminated, it remains obligated to pay any outstanding fees or other amounts owed to MoreCommerce.

## Code of Conduct.

Each party acknowledges and agrees that the maintenance of the other party's brand, image, and public esteem are essential components of this Agreement. Each party agrees to hold the other party, as well as other Merchants on the MoreCommerce Platform, in high esteem and only promote the other party positively and in good faith. Merchant shall conduct itself at all times in such a manner as not to engage in conduct that is generally viewed by the public as offensive, reprehensible, illegal, vulgar or that otherwise impairs or diminishes or is reasonably likely to impair or diminish the reputation of MoreCommerce or other Merchants on the MoreCommerce Platform. Any such conduct by Merchant in violation of the foregoing may constitute grounds for termination.

## Product Endorsement.

Merchant acknowledges and agrees that any endorsement of any Product by a buyer on the MoreCommerce Platform (including any "Insider" buyers) is solely within the discretion of such customer and that MoreCommerce cannot and will not require any such buyer to endorse or share any Product. Merchant further agrees that it will not publicize or disclose such endorsement outside of the MoreCommerce Platform without both MoreCommerce's and the endorsing buyer's prior written consent. Merchant further acknowledges and agrees that while MoreCommerce, in its own discretion, may make commercially reasonable efforts to investigate and remove any comments which the Merchant deems fraudulent or misleading, MoreCommerce is not responsible for and has no control over any statements, comments or other content any

*Exhibit - E7*

buyer makes in connection with a Product and Merchant releases MoreCommerce from all liability in connection with any damages or losses suffered by Merchant in connection with any such statements, comments or other content.

## Declaration of Authentic Goods

On occasion a situation may arise where we request Merchant to confirm that the Products they are offering are authentic by submitting a Declaration of Authentic Goods. If you receive such a request, you must comply with the request by sending an email containing a signed declaration in the form provided below to the email address provided in the request.

Declaration of Authentic Goods ("Declaration"):

I declare under penalty of perjury that I have a good faith belief after reasonable inquiry that all of the Products currently or previously offered for sale on my shop at MoreCommerce:

- are not replicas, counterfeit items, bootlegged, illegally duplicated, pirated or otherwise unauthorized copies; and
- do not violate or infringe upon any third-party intellectual property, or other rights or interest of any nature whatsoever.

I declare under penalty of perjury that I have a good faith belief that:

- I have all necessary rights to display, sell, offer for sale and ship Products in my shop on MoreCommerce;
- operating my shop on MoreCommerce does not conflict with any other agreement to which I am bound; and
- I have obtained any required license to operate my shop on MoreCommerce and that any such licenses are in full force and effect.

I will accept service of process from any party who contacts MoreCommerce alleging that my shop is infringing its intellectual property or other right or violating an agreement with such party (a "Complaining Party"). I consent to the release to such Complaining Party of all information in this Declaration and related communications. For any disputes with such Complaining Party, I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located, or if my address is outside of the United States, for any judicial district that can exercise jurisdiction.

Failure to comply with a request to provide a Declaration of Authentic Goods statement within 10 business days may result in suspension or termination of Merchant's account on the MoreCommerce Platform and/or mandatory acceptance of any Product returns and payment of corresponding refunds until Merchant submits a Declaration of Authentic Goods statement, notwithstanding any contrary terms in the Merchant's refunds and exchanges policies or this Agreement.

## Shilling

Exhibit E-8

Merchant agrees not to engage in shilling, which is generally defined as the use of an alternate account to fraudulently impact any aspect of Merchant's reputation (including without limitation pricing, sales and review data). MoreCommerce reserves the right to remove from the MoreCommerce Platform any Merchant or Product(s) which are believed to have been compromised by the practice of shilling at its sole discretion.

## Term and Termination

### Term.

This Agreement shall commence on the date Merchant accepts the terms and conditions of this Agreement (the "Effective Date") and shall continue thereafter unless either party terminates this Agreement in accordance with its terms.

### Termination.

Either party may terminate this Agreement for convenience immediately upon written notice. Upon any termination or expiration of this Agreement, Merchant shall promptly fulfill any outstanding orders for Products upon MoreCommerce's written request. For avoidance of doubt, termination of this Agreement or any order for any reason will not affect the obligations of Merchant with respect to returns, warranty, recalls or customer service. The following Sections of this Agreement shall survive any expiration or termination of this Agreement or an applicable order for Products: Termination (subsection of Term and Termination), Direct Payment Services, Fees, Refunds and Taxes, Deposits, Recoupment, IRS Regulations, Taxes, Returns and Transaction Disputes, Disclaimer, Ownership of the MoreCommerce Platform, Indemnification, Insurance (for the period stated therein), Limitation of Liability, Confidentiality, Severability, Governing Law, Waiver, Relationship of the Parties and Entire Agreement.

### Unpaid Amounts.

If Merchant's payment is not received by the applicable billing date of any invoice provided by MoreCommerce, MoreCommerce may (in its sole discretion) automatically revoke such Merchant's access to its account and/or the MoreCommerce Platform (in whole or in part). MoreCommerce reserves the right to withhold any monies owed by MoreCommerce to Merchant, at its discretion, to cover any outstanding amounts owed by Merchant to MoreCommerce. MoreCommerce may or may not (in its sole discretion) contact Merchant directly to notify Merchant of unpaid amounts due.

## Direct Payment Services, Fees, Refunds and Taxes

### Direct Payment Services.

After Merchant has registered an account on the MoreCommerce Platform and has been approved by MoreCommerce according to the criteria set forth above, MoreCommerce will accept payment on behalf of Merchant (the "Direct Payment Service"). MoreCommerce accepts all major credit cards on behalf of Merchant. Merchant acknowledges and agrees that the Direct

Exhibit -E9

Payment Service is offered solely to facilitate Merchant's transactions with its buyers. Merchant further acknowledges and agrees that:

- The transaction between MoreCommerce and Merchant is for payment only. MoreCommerce is not the buyer of any Products.
- The Direct Payment Service can be discontinued by MoreCommerce at any time.
- MoreCommerce reserves the right to place limits on transactions between all or some buyers and Merchant if MoreCommerce suspects fraud. Such limitations may be in the form of number of transactions or value of items. MoreCommerce shall not be liable to Merchant if MoreCommerce opts not to proceed with a transaction based on the foregoing limitations.
- MoreCommerce reserves the right to refuse the Direct Payment Service to Merchant or any of its buyers at any time for any reason.
- MoreCommerce reserves the right to terminate Merchant if MoreCommerce has reason to believe (in its sole discretion) that Merchant is using the Direct Payment Service to transfer funds not related to the sale of Products.
- MoreCommerce may decline transactions that MoreCommerce believes, in its sole discretion, pose a high risk of fraud.
- MoreCommerce does not pass any financial data such as credit card information regarding Merchant's buyers or other end users of the MoreCommerce Platform to Merchant. Merchant will receive necessary buyer information required to complete the order including name and mailing address.
- Merchant authorizes MoreCommerce to verify information regarding Merchant's account (including the authenticity thereof) using credit reports or other means.
- Merchant shall resolve all disputes with buyer as set forth below in the Returns and Transactions Disputes section.

Current Information Required from Merchant to Receive Payment.

MERCHANT MUST PROVIDE MORECOMMERCE WITH CURRENT, COMPLETE AND ACCURATE BILLING INFORMATION (INCLUDING WITHOUT LIMITATION, BILLING ADDRESS, E-MAIL ADDRESS, WEBSITE URL, CREDIT CARD NUMBER, CREDIT CARD EXPIRATION DATE AND CREDIT CARD SECURITY CODE, IF APPLICABLE). MERCHANT MUST PROMPTLY UPDATE ALL BILLING INFORMATION WITH MORECOMMERCE SO THAT IT REMAINS CURRENT, COMPLETE AND ACCURATE (SUCH AS A CHANGE IN BILLING ADDRESS, E-MAIL ADDRESS, WEBSITE URL, CREDIT CARD NUMBER, OR CREDIT CARD EXPIRATION DATE), AND MERCHANT MUST PROMPTLY NOTIFY MORECOMMERCE IF MERCHANT'S PAYMENT METHOD IS CANCELED (E.G., FOR LOSS OR THEFT) OR IF MERCHANT BECOMES AWARE OF A POTENTIAL BREACH OF SECURITY, SUCH AS THE UNAUTHORIZED DISCLOSURE OR USE OF MERCHANT'S USER NAME OR PASSWORD. CHANGES TO SUCH INFORMATION CAN BE MADE FROM MERCHANT DASHBOARD. IF MERCHANT FAILS TO PROVIDE ANY OF THE FOREGOING INFORMATION, MERCHANT AGREES THAT MORECOMMERCE MAY CONTINUE CHARGING MERCHANT AS SET FORTH IN THIS AGREEMENT DURING THE TERM.

Deposits

Exhibit E 10

Once Merchant provides a tracking number which has been scanned as delivered by the shipping carrier for a Product, MoreCommerce will consider the corresponding sale for the Product complete. From time to time, Merchant may ship a Product via a common carrier which is not on our list of supported carriers (an "Unsupported Carrier"). Generally supported carriers supply MoreCommerce with an automated scan indicating Product has been delivered. For orders shipped via an Unsupported Carrier, and any other orders which for whatever reason do not scan (thus provide a delivery notice), MoreCommerce will consider the sale complete on the estimated delivery date associated with the Economy shipping service level associated with the point of origin indicated in Merchant's account settings. Upon completion by MoreCommerce, Merchant's proceeds from the sale will show in Merchant's account (subject to Merchant's payment of any applicable amounts payable to MoreCommerce, as further described herein). Merchant acknowledges that any and all refunds, adjustments, discounts or other amounts that would result in a deduction in connection with any Products sold shall be applied against any corresponding payment made to Merchant. Merchant further acknowledges and agrees to the following.

- MoreCommerce can only deposit funds into checking accounts located in the United States.
- Subject to MoreCommerce's right to hold funds in certain circumstances (as described below), MoreCommerce will initiate transfers for payments to Merchant relating to completed sales and shipments of Products in respect of which MoreCommerce has been paid by the applicable buyers and/or third-party distribution partners twice per calendar month: (i) on the last day of each calendar month for sales completed from the 1st through the 15th of such calendar month; and (ii) on the 15th day of each calendar month for sales completed from the 16th through the last day of the preceding calendar month. If the 15th or last day of an applicable calendar month falls on a non-business day or MoreCommerce observed holiday, any outstanding transfers may be initiated on the next business day. Please note that once the transfer is initiated it may take 3-5 days for the funds to become available to Merchant.
- MoreCommerce reserves the right to hold or delay funds based on reasonable information available if MoreCommerce believes that a transaction may result in a return, dispute, chargeback or other claim and/or Merchant's store is closed, placed on vacation or otherwise stops receiving sales. Such determination shall be made at MoreCommerce's sole discretion, however, any hold or delay of funds will not last longer than 120 days before a resolution will be given; provided, however, that MoreCommerce may indefinitely hold funds pending the final resolution of any legal action that could reasonably be expected to result in liability to MoreCommerce. MoreCommerce will notify Merchant via email if a hold occurs. MoreCommerce shall not be liable to Merchant for any acts or omissions in accordance with the foregoing.
- Merchant must provide complete and accurate bank account information, and will update such information so that it remains current and accurate at all times during the term of the Agreement.
- Funds that cannot be deposited into Merchant's bank account due to incorrect bank information will be held by MoreCommerce until Merchant provides updated and accurate information.

## Recoupment

Exhibit - E 11

MoreCommerce, as the sole entity collecting funds on behalf of Merchant, reserves the right to seek reimbursement from Merchant if MoreCommerce issues a refund, at its sole discretion, receives a chargeback or finds errors related to duplicate payments or duplicate transactions for which Merchant was paid. Merchant may also be subject to an additional processing fee of $20 for each chargeback that is received. MoreCommerce reserves the right to seek reimbursement through deduction of future payments, charging Merchant's credit card or ACH account or other means necessary, including retaining a reserve of Merchant's funds earned through the MoreCommerce Platform or pursuing debt collections. Merchant hereby authorizes such means of collection should they become necessary.

## IRS Regulations

Internal Revenue Service regulations require that any U.S. third-party payment settlement entities, including MoreCommerce, file Form 1099-K to report gross sales for Merchants that meet both of the following criteria in a calendar year (reporting):

- the gross amount of the total reportable payment transactions exceeds $20,000; and
- the total number of such transactions exceeds 200.

As a result of these regulations, MoreCommerce requires Merchant to provide accurate tax ID information and verification of the foregoing information regardless of Merchant's sales volume on the MoreCommerce Platform. Accordingly, Merchant acknowledges and agrees that it will provide all applicable tax ID information upon notification from MoreCommerce.

## Returns and Transaction Disputes

### Returns.

All Product returns shall be shipped from the applicable buyer to Merchant directly. Merchant shall cooperate with MoreCommerce and provide all reasonably requested information to facilitate the Product return process, including making return shipping labels available to buyers through the MoreCommerce Platform, at Merchant's expense. If Product is not returned to Merchant in resalable condition (e.g., unused, unwashed and undamaged), Merchant must contact the MoreCommerce Merchant Help team as soon as possible, and provide any further information requested by MoreCommerce, such as photographs and other information to help resolve the matter. MoreCommerce will determine in its sole discretion whether the returned Product is in resalable condition.

### Merchant-Specific Terms.

Merchant must allow buyers to initiate the aforementioned Product returns for any reason within 30 calendar days from shipment delivery date and accept such returns in accordance with the terms herein, unless such Product meets the following specified exemptions, at MoreCommerce's sole discretion. These exemptions include (i) customized, personalized or made-to-order Products ("Custom Products"); (ii) clearance Products that have been discounted and whose inventory will not be replenished; (iii) Products listed or reasonably fall in the following

Exhibit - E 12

categories: books, electronic media, beauty products (excluding electronics), mattresses, undergarments and perishable items and (iv) Products sold through a 3rd party partner which requires a longer return window. For clarity, these exemptions may not apply to Products that are delivered different than described, damaged or late (as further detailed below and in the Return and Transaction Disputes section of the MoreCommerce Merchant Quality of Service Agreements). Merchant shall be solely responsible for and shall hold MoreCommerce and its buyers harmless from, all costs and expenses associated with Product returns, and for handling all returns and customer service requests relating to the Products at its expense.

## Merchant Canceling an Order.

If Merchant cannot fulfill an order due to extraordinary circumstances or otherwise, Merchant must cancel the order as soon as possible using the provided option on the MoreCommerce Platform or by contacting the MoreCommerce Merchant Help team from https://www.morecommerce.com/content/contact-us. Orders cannot be cancelled in connection with any Fee Avoidance.

If Merchant cancels what MoreCommerce deems an unreasonable number of orders, at the sole discretion of MoreCommerce, Merchant's account may be suspended and reviewed by MoreCommerce. Penalties for each merchant-initiated cancellation may also be assessed as defined in the MoreCommerce Merchant Quality of Service Agreements.

## Buyer Cancelling an Order.

Merchant acknowledges and agrees that any buyer of a Product will be allowed to cancel an order as long as such order has not shipped. MoreCommerce will promptly notify Merchant of any buyer-initiated cancelled orders through email and through Merchant's MoreCommerce account on the MoreCommerce Platform.

## Damaged Products.

In the case that a buyer receives Products from Merchant or its agents that are damaged upon arrival, such buyer will generally have 30 calendar days from the delivery date of the Product to initiate a return for the damaged Product to Merchant unless the sale occurred on a marketplace which offers a longer return window. Extensions to this timeframe may be granted to buyers on occasion at the sole discretion of MoreCommerce.

## Products Not Received.

On occasion a situation may arise where Merchant shipped a Product but the corresponding buyer did not receive such Product. In these situations, MoreCommerce may require Merchant to provide further information such as proof of shipping or proof of delivery to help resolve the dispute. If the tracking information shows a delivery scan but the buyer maintains they have not received the Product, the marketplace may provide a refund to the customer. In this case, proof of signature confirmation may be required to dispute the refund. MoreCommerce reserves the right to issue a buyer of a Product a refund and adjust Merchant's account accordingly.

Exhibit-E 13

Merchants that do not respond to MoreCommerce's requests to provide information in furtherance of resolving a dispute may have their accounts suspended or terminated from the MoreCommerce Platform. Merchant acknowledges that in the event its account has been suspended or terminated, it remains obligated to pay any outstanding amounts owed to MoreCommerce.

## Product is Different than Description.

On occasion a situation may arise where a buyer purchases a Product but receives a Product that is different than the Product described on the MoreCommerce Platform. In these situations, MoreCommerce may require both Merchant and buyer to provide further information such as photographs and other information to help resolve the dispute. Upon review of such information, MoreCommerce reserves the right to issue a buyer a refund and adjust Merchant's account accordingly. Merchants who do not respond to MoreCommerce's requests to provide information in furtherance of resolving a dispute may have their accounts suspended or terminated from the MoreCommerce Platform. Merchant acknowledges that in the event its account has been suspended or terminated, it remains obligated to pay any outstanding amounts owed to MoreCommerce.

## Incorrect UPC/GTIN Values.

On occasion a situation may arise where Merchant enters an incorrect UPC/GTIN value for a Product, which may cause corresponding listings on select marketplaces (i.e. Amazon, Walmart, etc.) to incorrectly represent the item actually available for sale. In these situations, MoreCommerce reserves the right to issue the Product buyer a refund, or initiate a return of the Product to Merchant, and adjust Merchant's account accordingly.

## Misleading Categorization and/or Customization.

On occasion a situation may arise where Merchant enters an incorrect category and/or customization status for a Product. Such an error may cause corresponding marketplace listings to reflect incorrect return policies, shipping estimates and/or other relevant details. In these situations, MoreCommerce reserves the right to issue the Product buyer a refund, or initiate a return of the Product to Merchant, and adjust Merchant's account accordingly.

Failing to comply with any items in this agreement may also result in fees and penalties as defined in the MoreCommerce Merchant Quality of Service Agreements.

## Fees and Other Amounts Payable

Merchant shall pay certain amounts to MoreCommerce, and MoreCommerce shall remit certain amounts to Merchant, as set forth in this Agreement and in the Fee and Payment Terms, MoreCommerce Terms of Membership Policy and Boost Agreement, each of which MoreCommerce reserves the right to update from time to time in its sole discretion upon notice to Merchant, and/or any other written agreement between the parties.

Exhibit - E 14

Except as expressly set forth in this Agreement, all amounts payable by Merchant to MoreCommerce are nonrefundable, regardless of whether any order of Products is subsequently canceled or returned.

## Membership Plans.

In order to set up a Merchant account, Merchant will be required to sign up for a paid listing plan on a subscription basis ("Membership Plans") unless otherwise noted. Details and terms for such Membership Plans are set forth in MoreCommerce's MORECOMMERCE TERMS OF MEMBERSHIP POLICY.

## Fee Avoidance.

Merchant may not engage in any activity to avoid any fees incurred or other amounts owed to MoreCommerce by Merchant hereunder ("Fee Avoidance"). Fee Avoidance includes but is not limited to: completing a transaction through means other than the MoreCommerce Platform once such transaction has been initiated on the MoreCommerce Platform, pricing Products below its intended purchase price, charging excessive shipping fees or otherwise altering a Product to avoid any fees hereunder or diverting purchases to another source.

## Taxes.

MoreCommerce may collect applicable taxes on Merchant's behalf, however, Merchant shall be generally responsible for paying any and all taxes applicable to any purchases or sales of Products, including without limitation all applicable sales, VAT, use or other taxes, duties or governmental assessments (excluding any taxes on MoreCommerce's net income).

For items sold through our owned and operated sites, which include but are not limited to 11 Main, Dot & Bo, Gemafina, OpenSky and PickPerfect, MoreCommerce is required to calculate, collect and remit sales tax for orders shipped to customers located in certain states, and will do so as described in our Marketplace Facilitator Tax Collection article.

# Warranties

Merchant represents and warrants to MoreCommerce, MoreCommerce's members and MoreCommerce's buyers that all Products furnished hereunder: (a) are free from defects in design, materials and workmanship; (b) are of merchantable quality; (c) conform strictly, to any applicable Specifications (defined below) therefore; (d) are fit and sufficient for their intended purposes; (e) do not contain any viruses, Trojan horses, worms, time bombs, malware, or other harmful code or instructions; and (f) are being furnished by Merchant to the applicable buyer, with clear and marketable title to the Products, free from all liens, claims and encumbrances. Merchant further represents and warrants that: (i) all Products and any other services, content or materials provided hereunder by or for Merchant comply with all applicable domestic and, to the extent applicable, international laws, rules and regulations, and labeling and disclosure requirements, and do not violate or infringe upon any third party intellectual property or other rights or interest of any nature whatsoever; (ii) Merchant has all necessary rights to display, sell,

offer for sale and ship Products in Merchant's store on the MoreCommerce Platform, (iii) nothing in this Agreement conflicts with any other agreement to which Merchant is bound, (iv) Merchant shall comply with all applicable laws, rules and regulations in the course of performing its obligations under this Agreement, including without limitation FTC mail order rules, and (v) if Merchant's performance of its obligations under this Agreement requires a license, Merchant has obtained that license and the license is in full force and effect. For purposes hereof, "Specifications" means any and all specifications, drawings, samples, models, diagrams, descriptions, bulletins, engineering sheets or other materials relating to the Products provided by Merchant, and any other requirements permitted for customized Products. Products repaired or replaced by Merchant shall be subject to all of the provisions of this Agreement and the order in the manner and to the same extent as Products originally furnished hereunder. These warranties shall survive acceptance, inspection, delivery and payment and shall inure to the benefit of MoreCommerce, its successors, assigns, buyers and users of Products. Nothing herein shall limit any other warranties, express or implied, available to MoreCommerce or the applicable buyer under applicable law.

Disclaimer.

TO THE FULLEST EXTENT PERMITTED BY LAW, EXCEPT AS OTHERWISE SET FORTH IN THIS WARRANTIES SECTION, AND EXCEPT FOR WARRANTIES MADE BY MERCHANT TO CUSTOMERS, EACH PARTY HEREBY DISCLAIMS (FOR ITSELF AND ITS OTHER SUPPLIERS) ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, ORAL OR WRITTEN, WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT INCLUDING, WITHOUT LIMITATION, ALL IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, QUIET ENJOYMENT, INTEGRATION, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE AND ALL WARRANTIES ARISING FROM ANY COURSE OF DEALING, COURSE OF PERFORMANCE OR USAGE OF TRADE. IN ADDITION, MORECOMMERCE DOES NOT WARRANT OR GUARANTEE ANY RESULTS OF USE, THAT THE MORECOMMERCE PLATFORM WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT ITS SERVICES OFFERED ON OR THROUGH THE MORECOMMERCE PLATFORM SHALL RESULT IN ANY SALES OR PROFIT FOR MERCHANT.

## Trademark and Content License Disclaimer

Merchant grants MoreCommerce an irrevocable, perpetual, worldwide, non-exclusive, fully paid, royalty-free, sublicensable and transferrable license to use, copy, distribute, display, and exploit Merchant's trademarks, name, nickname, logos, initials, and if applicable, voice, biography, likeness, and images ("Mark(s)") and content provided or made available by Merchant associated with the MoreCommerce Platform, the Products, Products' documentation, Products' graphics, artwork, and other marketing materials, for the purposes of marketing and promoting the Products, and identifying Merchant as an MoreCommerce Merchant, in any media or formats including, without limitation, the MoreCommerce Platform, any news or comment feeds associated with the MoreCommerce Platform, Insider pages, marketing communications (including MoreCommerce's and third parties' e-mails), banner advertisements, affiliate programs, comparison shopping engines, private label sites of MoreCommerce and its partners.

Exhibit-E 16

Merchant will be responsible for obtaining all third party rights required to grant the licenses to permit MoreCommerce to have the rights set forth above.

## Ownership of the MoreCommerce Platform

As between the parties, MoreCommerce owns all right, title and interest (including patent rights, copyright rights, trade secret rights, trademark rights, database rights and all other rights of any sort throughout the world) relating to any and all inventions (whether or not patentable), works of authorship, artistry, designations, designs, know how, ideas, programs, events and information in connection with the MoreCommerce Platform and related technology, the MoreCommerce business and services, and any of MoreCommerce's proprietary information or content that is otherwise created by MoreCommerce, including modifications, upgrades, new versions, designs, audio, video, and data developed by or on behalf of MoreCommerce (collectively, "MoreCommerce Materials"). No rights or licenses are granted to the MoreCommerce Materials other than as expressly set forth in this Agreement.

## Syndication

As part of its services hereunder, MoreCommerce operates a syndication program, whereby MoreCommerce permits its syndication partners to display, promote, offer for sale, sell and distribute MoreCommerce Merchants' products on such syndication partners' commerce platform (including, but not limited to, Facebook, Groupon, Overstock and Walmart) (the "Syndication Program"). By accepting the terms and conditions of this Agreement, Merchant hereby consents to have its Products featured and offered for sale in the Syndication Program. Certain of the terms regarding the Syndication Program may differ from being a Merchant on MoreCommerce.

## Indemnification

Merchant shall indemnify, defend, and hold harmless MoreCommerce, its subsidiaries and affiliated companies, their successors, assigns, Merchants, publishers, curators, Insiders, employees, buyers and users of Products provided hereunder, against all damages, expenses, liabilities, claims, suits, demands, costs, attorneys' fees or losses of every kind, arising out of or alleged to have arisen out of or in connection with (i) accidents, occurrences, injuries or losses to or of any person or property, due to or resulting from the Products or Merchant's negligence; (ii) the design, preparation, manufacture, construction, assembly, completion, packaging, shipping or delivery or non-delivery within Merchant's control, use, sale or distribution (other than by MoreCommerce), and/or recall of Products, (iii) Merchant's performance or lack of performance of its obligations under this Agreement or an applicable order for Products; (iv) Merchant's breach of any representation, warranty or obligation hereunder; (v) Merchant's actual or threatened violation of any law, rule or regulation of any governmental authority or agency (including, but not limited to, any law relating to contamination by, or the actual or threatened release of, any hazardous or toxic substance, waste or pollutant); or (vi) infringement, misappropriation or violation of any third party right by Merchant or the Products. These indemnification obligations shall apply to any and all claims, actual or asserted, by any person or entity, including without limitation, first party claims asserted by MoreCommerce against Merchant. The provisions of this section shall survive the acceptance of and payment for the

Exhibit - E17

Products hereunder and any termination or expiration of an order for Products or this Agreement. This indemnity will not be limited in any manner whatsoever by insurance coverage maintained by Merchant.

## Insurance

Without limiting any of Merchant's obligations in the Indemnification Section or otherwise, Merchant shall carry product liability insurance in an amount that meets or exceeds industry-standards for Merchant's sales of Products and other activities on the MoreCommerce Platform throughout the term of this Agreement and for 3 years thereafter and shall ensure that such insurance covers MoreCommerce, its members, curators, Insiders and its buyers with respect to any and all products or services it supplies to MoreCommerce. Merchant shall ensure that such policies shall apply as primary insurance without any right of contribution by any insurance that may be carried by MoreCommerce. Upon MoreCommerce's request from time to time, Merchant shall provide certificates of insurance or other evidence of compliance with the foregoing to MoreCommerce's reasonable satisfaction. Merchant shall provide MoreCommerce with at least 30 days' advance written notice of any cancellation or reduction in coverage.

## Limitation of Liability

EXCEPT AS SET FORTH BELOW IN THIS SECTION, IN NO EVENT WILL A PARTY BE LIABLE TO THE OTHER PARTY FOR ANY PUNITIVE, INCIDENTAL, INDIRECT OR CONSEQUENTIAL DAMAGES OF ANY KIND IN CONNECTION WITH THIS AGREEMENT, EVEN IF THE PARTY WHO IS LIABLE HAS BEEN INFORMED IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGES, AND IN NO EVENT WILL THE LIABILITY OF EITHER PARTY TO THE OTHER EXCEED THE AMOUNTS PAID BY MORECOMMERCE TO MERCHANT IN THE 12-MONTH PERIOD PRECEDING THE CLAIM. THE FOREGOING LIMITATIONS ON LIABILITY DO NOT APPLY TO A PARTY'S INDEMNITY OBLIGATIONS REFERENCED IN THIS AGREEMENT, CONFIDENTIALITY OBLIGATIONS HEREIN OR FOR LIABILITY CAUSED BY ITS GROSS NEGLIGENCE OR WILLFUL MISCONDUCT.

MERCHANT ACKNOWLEDGES AND AGREES THAT MORECOMMERCE HAS NO OBLIGATION TO BECOME INVOLVED IN, OR ACCEPT LIABILITY FOR DISPUTES BETWEEN MERCHANT AND ANY CUSTOMER. MERCHANT HEREBY AGREES TO RELEASE MORECOMMERCE (AND ITS OFFICERS, DIRECTORS, AGENTS, AFFILIATES, SUBSIDIARIES, SUCCESSORS, INSURERS, INVESTORS, AND EMPLOYEES), FROM ALL ACTIONS, SUITS, CLAIMS, DAMAGES (ACTUAL AND CONSEQUENTIAL), JUDGMENTS, LEVIES, EXECUTIONS, LIABILITIES, LOSSES, EXPENSES, AND OTHER COSTS, KNOWN OR UNKNOWN, SUSPECTED OR UNSUSPECTED, ACTUAL OR CONTINGENT, INCLUDING, WITHOUT LIMITATION, REASONABLE ATTORNEYS' FEES, IN ANY WAY CONNECTED WITH MERCHANT'S DEALINGS AND DISPUTES WITH ONE OR MORE CUSTOMERS. MERCHANT WAIVES ALL CODE PROVISIONS THAT SUBSTANTIALLY PROVIDE: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE,

Exhibit-E 18

WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS
SETTLEMENT WITH THE DEBTOR."

## Confidentiality

Merchant will not disclose, without MoreCommerce's prior written authorization, or use for any
purpose other than as necessary to perform its obligations under this Agreement or an order for
Products, any of the information or subject matter that MoreCommerce discloses or makes
available to Merchant that is of a proprietary or confidential nature, including without limitation,
any information or data relating to orders, sales techniques, designs, technology, business
partners, business plans, finances, buyers, pricing, margins, policies, procedures, forms, and this
Agreement and related documentation. As between the parties, MoreCommerce shall own all
order, buyer and end user information and data ("Customer Data"). Merchant shall not use any
Customer Data in violation of any applicable law, or for any purpose other than as necessary to
fulfill its obligations under this Agreement and the applicable order, and Merchant shall at all
times comply with MoreCommerce's Privacy Policy located
at https://www.morecommerce.com/content/general/policies-privacy.

## Severability

If any provision (or portion thereof) of this Agreement is found to be invalid or unenforceable,
such provision (or portion thereof) will be limited or replaced to the minimum extent necessary
so that such provision will be interpreted so as to best reflect the original intent of the parties,
and the balance of this Agreement shall remain in full force and effect.

## Governing Law

This Agreement shall be governed by and construed under the laws of the State of New York and
the United States without regard to conflicts of law provisions thereof. The United Nations
Conventions on Contracts for the International Sale of Goods shall not be applicable hereto. Any
dispute arising from or relating to the subject matter of this Agreement shall be finally settled by
arbitration in New York County, New York, using the English language in accordance with the
Streamlined Arbitration Rules and Procedures of Judicial Arbitration and Mediation Services,
Inc. ("JAMS") then in effect, by one commercial arbitrator with substantial experience in
resolving intellectual property and commercial contract disputes, who shall be selected from the
appropriate list of JAMS arbitrators in accordance with the Streamlined Arbitration Rules and
Procedures of JAMS. Judgment upon the award so rendered may be entered in a court having
jurisdiction, or application may be made to such court for judicial acceptance of any award and
an order of enforcement, as the case may be. Notwithstanding the foregoing, each party shall
have the right to institute an action in a court of proper jurisdiction for injunctive or other
equitable relief pending a final decision by the arbitrator. For all purposes of this Agreement, the
parties consent to exclusive jurisdiction and venue in the state or federal courts located in,
respectively, New York County, New York, or the Southern District of New York. The
prevailing party in any action or proceeding arising out of this Agreement will be entitled to an
award of costs and attorneys' fees.


Exhibit E19

## Waiver

Neither party shall be deemed to have waived any provision hereof, or any breach by the other party of any provision hereof, unless such waiver is specifically set forth in writing and executed by an authorized agent of such party, nor shall any waiver constitute a waiver of such provision on any other occasion or a waiver of any other breach by the other party.

## Relationship of the Parties

For all purposes of this Agreement and each order for Products, each party shall be and act as an independent contractor and not as a partner, employee, joint venturer, or agent of the other and shall not bind nor attempt to bind the other to any contract. Merchant is acting as an independent contractor and is solely responsible for all taxes, withholdings, and other statutory or contractual obligations properly attributable to Merchant, including, but not limited to, appropriate Workers' Compensation Insurance; and Merchant agrees to defend, indemnify and hold MoreCommerce harmless from any and all claims, damages, liability, attorneys' fees and expenses on account of an alleged failure by Merchant to satisfy any such obligations.

## Assignment

Merchant's right to access and use the MoreCommerce Platform, and its rights and obligations under this Agreement and/or any order for Products, may not be assigned or transferred to any person or entity without MoreCommerce's prior written consent. MoreCommerce may, without consent, assign and transfer this Agreement and any applicable order for Products to a successor to all or substantially all of its business or assets to which this Agreement relates.

## Export Compliance

Merchant shall comply with all applicable export laws, rules, and regulations, including without limitation those of the Department of Commerce, the United States Department of Treasury Office of Foreign Assets Control ("OFAC"), or other United States or foreign agency or authority, and not export, or allow the export or re-export of any Products in violation of any such restrictions, laws or regulations. The parties shall cooperate to obtain any necessary licenses or exemptions with respect to the export from the U.S. of all Products to any location and shall, at MoreCommerce's request, demonstrate compliance with all applicable laws and regulations prior to any shipment or delivery by Merchant.

## Modification

Except as otherwise stated herein, MoreCommerce shall have the right to modify this Agreement in its sole discretion upon 30 days' notice to Merchant.

## Entire Agreement

Any order placed hereunder and the shipment of any ordered Products are subject to the unqualified acceptance of this Agreement by Merchant. The terms and conditions set forth in this

Exhibit-E20

Agreement are the complete and exclusive agreement between MoreCommerce and Merchant, and supersede all prior or contemporaneous oral or written understandings or negotiations, and all past dealing or industry custom, with respect to the subject matter hereof. If Merchant's order acknowledgement, invoice, or other communication to MoreCommerce that is not signed by both parties contains provisions that are inconsistent with or in addition to those contained in this Agreement, this Agreement shall prevail, and MoreCommerce hereby notifies Merchant of its rejection of and objection to such inconsistent terms.

Updated: November 1, 2022

Back to Top

More Shoppers. More Sales. MoreCommerce.

Resources

- 
- 

About

- 
- 
- 
- 
- 

Policies

- 
- 
- 
- 
- 
- 

Trusted Partners

- 

© 2023 MoreCommerce ·                         · 372 E 6th St.,
Chico, CA 95928

Exhibit - F1

# Merchant Fees & Payment Terms

- Transaction Fees
- MoreCommerce Platform Cross-Listing of Products
- General Payments and Billing Terms

Subject to the Merchant Agreement between MoreCommerce and Merchant, available at https://www.morecommerce.com/content/general/merchant-agreement, which is hereby incorporated by reference, the following amounts are payable by Merchant to MoreCommerce on the terms specified below. Any capitalized terms used but not defined herein shall have the meanings set forth in the Merchant Agreement.

## Transaction Fees.

Merchant acknowledges and agrees that, subject to the "Exceptions" section below, Transaction Fees (defined below) accrue and are due to MoreCommerce immediately when an Order (defined below) is placed, and MoreCommerce will automatically calculate and invoice Merchant for Transaction Fees for the relevant Order.

The "**Transaction Fee**" payable by Merchant to MoreCommerce is assessed as a flat MoreCommerce Margin Percentage of each order of Products placed by a buyer using the MoreCommerce Platform (each, an "**Order**"). Transaction Fees are calculated as follows on a per Order basis: **MoreCommerce Margin Percentage multiplied by the Gross Merchandise Value applicable to each Order**. Gross Merchandise Value ("**GMV**") is calculated as follows on a per Order basis: **Product Deal Price + Product Shipping Price + any tax (if and as applicable to that Order)**.

**Definitions**: (i) the "**MoreCommerce Margin Percent**" means a nonrefundable **3%** credit card processing fee (the "**Credit Card Fee**") plus **15%** with respect to all other portions of the MoreCommerce Platform (including without limitation those available at 11main.com, dotandbo.com, gemafina.com and opensky.com) unless otherwise agreed upon by MoreCommerce and Merchant; (ii) the "**Product Deal Price**" means the transaction price payable by an applicable buyer for each Order (minus any applicable credits, coupons or discounts); and (iii) the "**Product Shipping Price**" means the particular amount of shipping costs that Merchant offers to buyers in connection with an Order of a particular Product; in each case, as such amounts are set forth by Merchant using the MoreCommerce Platform in accordance with the Merchant Agreement.

## Exceptions.

MoreCommerce may decide from time to time (in its sole discretion) not to charge Transaction Fees for certain Orders under certain circumstances, including, for example: (i) if MoreCommerce's Trust and Safety Team decides to cancel an order during a security review; (ii) if a buyer cancels an Order during MoreCommerce's

Exhibit - F2

standard "shopper regret" window (typically the 4 hours immediately following the placement of an applicable Order, subject to MoreCommerce's sole discretion); or (iii) if a buyer cancels an Order before Merchant or MoreCommerce, as applicable, updates that Order's status from "review" or "pending" to "processing" (as determined by MoreCommerce in its sole discretion). For clarity, (a) Transaction Fees will be payable for any Orders canceled by Merchant and (b) MoreCommerce reserves the right to independently update the status of any Order to "processing" if Merchant has not already done so within the 24 hours following the date on which such Order was placed.

Unless otherwise mutually agreed upon, MoreCommerce will remit to Merchant a refund of the Transaction Fees applicable to a particular Order solely in the event (i) that Order is cancelled by a buyer while in the "review" or "pending" state (as determined by MoreCommerce in its sole discretion); or (ii) that Order is returned by a buyer, and MoreCommerce determines that buyer (and not Merchant) is responsible for such return, in each case, in accordance with the terms and conditions applicable to that Order, including without limitation those available at https://www.morecommerce.com/content/general/merchant-quality-agreement, provided that in each such case, MoreCommerce will refund only the Transaction Fee applicable to that particular order less the Credit Card Fee, which is nonrefundable. For clarity, MoreCommerce will not refund any portion of the Transaction Fees applicable to an Order that is cancelled by Merchant for any reason whatsoever.

Merchant acknowledges and agrees that certain other agreements entered into by Merchant and MoreCommerce may include different or additional terms applicable to fees and any refund thereof, including without limitation any Standard Product Agreement, Premium Product Agreement or Extended Premium Product Agreement between the parties.

Order Fulfillment & Delivery.

Merchant shall deliver Products to buyers in accordance with the Agreement, including the MoreCommerce Merchant Quality of Service Agreement. Any failure of Merchant to comply with the MoreCommerce Merchant Quality of Service Agreement will be subject to the penalties and other terms set forth there. Certain portions of the MoreCommerce Platform may be subject to different delivery, shipment and related requirements than those set forth in the Merchant Quality of Service Agreements (including, for example, dotandbo.com).

## MoreCommerce Platform Cross-Listing of Products.

Merchant acknowledges and agrees that by creating an MoreCommerce Platform Merchant account for any applicable MoreCommerce-controlled marketplace, website, application or 3rd party partner account, Merchant grants to MoreCommerce the right to list and make available for sale to buyers Merchant's Products offered through that particular marketplace, website or application through any other MoreCommerce-controlled marketplace, website, application or 3rd party partner account as well. For

Exhibit - F3

example, if a Merchant lists its Products on morecommerce.com, without any further notice to (or consent required from) Merchant, MoreCommerce may (in its sole discretion) choose to list any or all of those same Products on any (or all) More-Commerce-controlled marketplaces, websites or applications (including, but not limited to, 11main.com, dotandbo.com, gemafina.com, opensky.com and pickperfect.com) and 3rd party partner accounts (including, but not limited to, Facebook, Groupon, Overstock and Walmart).

Notwithstanding the foregoing, MoreCommerce shall not list those Products of Merchant that Merchant independently opts to list only on one portion of the MoreCommerce Platform on another portion of the MoreCommerce Platform without Merchant's prior consent (email acceptable) if Merchant's chosen portion of the MoreCommerce Platform imposes Transaction Fees less than those applicable to other portions of the MoreCommerce Platform. For example, MoreCommerce currently charges a lower Transaction Fee for Merchant transactions conducted through pickperfect.com for products listed through the Auctiva or Vendio services, and as such, MoreCommerce will not list such Products that Merchant independently chooses to list solely through pickperfect.com on any other portion of the MoreCommerce Platform (including without limitation those available at 11main.com, dotandbo.com, gemafina.com and opensky.com) without Merchant's prior consent.

Payments to Merchant.

The amount equal to the GMV actually received by MoreCommerce from an applicable buyer (and not subsequently refunded or otherwise returned to that buyer, in whole or in part) for each Order is the amount payable to Merchant in accordance with the Merchant Agreement (including, without limitation, the portion thereof titled "Deposits").

Membership Plan Fees.

Merchants may also purchase a monthly or annual subscription to a paid listing plan under one of the Membership Plans, as further described in the MoreCommerce Terms of Membership Policy.

Boost Fees.

Amounts payable by Merchant and additional terms and conditions applicable to Merchant's participation in MoreCommerce's "Boost" program are available at https://www.morecommerce.com/content/general/merchant-boost-agreement.

## General Payments and Billing Terms.

Paid Services.

Certain of the services and features available through the MoreCommerce Platform may be subject to payments now or in the future (the "Paid Services"), as further described

Exhibit - F4

above and in the Merchant Agreement. Please note that any payment terms presented to you in the process of using or signing up for a Paid Service are deemed part of the Merchant Agreement.

Billing.

We use a PCI compliant third-party payment processor (the "Payment Processor") to bill you through a payment account linked to your account on the MoreCommerce Platform (your "Billing Account") for use of the Paid Services. The processing of payments will be subject to the terms, conditions and privacy policies of the Payment Processor in addition to the Merchant Agreement and any other applicable MoreCommerce terms and conditions. We are not responsible for error by the Payment Processor. By choosing to use Paid Services, you agree to pay us, through the Payment Processor, all charges at the prices then in effect for any use of such Paid Services in accordance with the applicable payment terms and you authorize us, through the Payment Processor, to charge your chosen payment provider (your "Payment Method"). For example, to participate in our Boost program, you must have a valid credit card on file for use as your Boost Budget Payment Method. You agree to make payment using that selected Payment Method. We reserve the right to correct any errors or mistakes that it makes even if it has already requested or received payment.

Payment Method.

The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If we, through the Payment Processor, do not receive payment from you, you agree to pay all amounts due on your Billing Account upon demand. By default, the payment method provided for your Membership Plan Fees will be retained as the authorized Payment Method for your account.

Recurring Billing.

Some of the Paid Services may consist of an initial period, for which there is a one-time charge, followed by recurring period charges as agreed to by you. For example, both Merchant membership plan fees and Boost Fees may be billed as recurring charges, with Membership Plan Fees generally charged on a monthly or annual basis and additional Boost fees charged as your initial Boost Budget is depleted, in each case in accordance with the applicable terms and conditions described further above. By choosing a recurring payment plan, you acknowledge that such Services have an initial and recurring payment feature and you accept responsibility for all recurring charges prior to cancellation. WE MAY SUBMIT PERIODIC CHARGES (E.G., MONTHLY) WITHOUT FURTHER AUTHORIZATION FROM YOU, UNTIL YOU PROVIDE PRIOR NOTICE (RECEIPT OF WHICH IS CONFIRMED BY US) THAT YOU HAVE TERMINATED THIS AUTHORIZATION OR WISH TO CHANGE YOUR PAYMENT METHOD. SUCH NOTICE WILL NOT AFFECT CHARGES SUBMITTED BEFORE WE

Exhibit - F5

REASONABLY COULD ACT. TO TERMINATE YOUR AUTHORIZATION OR CHANGE YOUR PAYMENT METHOD, GO TO https://www.morecommerce.com/content/contact-us.

Current Information Required.

YOU MUST PROVIDE CURRENT, COMPLETE AND ACCURATE INFORMATION FOR YOUR BILLING ACCOUNT. YOU MUST PROMPTLY UPDATE ALL INFORMATION TO KEEP YOUR BILLING ACCOUNT CURRENT, COMPLETE AND ACCURATE (SUCH AS A CHANGE IN BILLING ADDRESS, CREDIT CARD NUMBER, OR CREDIT CARD EXPIRATION DATE), AND YOU MUST PROMPTLY NOTIFY US OR OUR PAYMENT PROCESSOR IF YOUR PAYMENT METHOD IS CANCELED (E.G., FOR LOSS OR THEFT) OR IF YOU BECOME AWARE OF A POTENTIAL BREACH OF SECURITY, SUCH AS THE UNAUTHORIZED DISCLOSURE OR USE OF YOUR USER NAME OR PASSWORD. CHANGES TO SUCH INFORMATION CAN BE MADE BY CONTACTING US FROM https://www.morecommerce.com/content/contact-us. IF YOU FAIL TO PROVIDE ANY OF THE FOREGOING INFORMATION, YOU AGREE THAT WE MAY CONTINUE CHARGING YOU FOR ANY USE OF PAID SERVICES UNDER YOUR BILLING ACCOUNT UNLESS YOU HAVE TERMINATED YOUR PAID SERVICES AS SET FORTH ABOVE.

Change in Amount Authorized.

If the amount to be charged to your Billing Account varies from the amount you preauthorized (other than due to the imposition or change in the amount of state sales taxes), you have the right to receive, and we shall provide, notice of the amount to be charged and the date of the charge before the scheduled date of the transaction. Any agreement you have with your payment provider will govern your use of your Payment Method. You agree that we may accumulate charges incurred and submit them as one or more aggregate charges during or at the end of each billing cycle.

Auto-Renewal for Subscription Services.

Unless you opt out of auto-renewal, which can be done by contacting us at https://www.morecommerce.com/content/contact-us, any subscription services you have signed up for will be automatically extended for successive renewal periods of the same duration as the subscription term originally selected, at the then-current non-promotional rate. For example, your Merchant membership plan and participation in our Boost program, respectively, may include certain automatically renewing subscription terms, each as further described in the applicable terms and conditions described further above. To change or resign your subscription services at any time, please contact us at https://www.morecommerce.com/content/contact-us. If you terminate a subscription service, you may use your subscription until the end of your then-current term; your subscription will not be renewed after your then-current term expires. However, you won't be eligible for a prorated refund of any portion of the subscription

Exhibit F-6

fee paid for the then-current subscription period unless otherwise expressly set forth in any additional terms and conditions applicable to that particular subscription service.

Reaffirmation of Authorization.

Your non-termination or continued use of a Paid Service reaffirms that we are authorized to charge your Payment Method for that Paid Service. We may submit those charges for payment and you will be responsible for such charges. This does not waive our right to seek payment directly from you. Your charges may be payable in advance, in arrears, per usage, or as otherwise described when you initially selected to use the Paid Service.

Free Trials and Other Promotions.

Any free trial or other promotion that provides access to a Paid Service must be used within the specified time of the trial. You must stop using a Paid Service before the end of the trial period in order to avoid being charged for that Paid Service. If you cancel prior to the end of the trial period and are inadvertently charged for a Paid Service, please contact us at https://www.morecommerce.com/content/contact-us.

 **Gmail**

**Jacque Ojadidi <jacqueojadidi@gmail.com>**

Exhibit-G1

## Accont issues

8 messages

---

**Organic Greek** <jacqueojadidi@gmail.com>                              Wed, Jan 22, 2025 at 6:22 AM
To: Richard Starr <richard.starr@morecommerceinc.com>, Kirk B <kirk.bell@morecommerce.com>, Support
<support@help.morecommerce.com>, Piyush Vasoya <vasoyapiyush@gmail.com>

Hi Richard,
I'm getting the following message
Choose a plan to start selling
Please advise. Also, we have not received recent deposits in our account.
Thank you so much
Jacque



---

**Richard S. (Support)** <support@help.morecommerce.com>                 Wed, Jan 22, 2025 at 5:04 PM
Reply-To: Support <support@help.morecommerce.com>
To: Paris Jewelry <jacqueojadidi@gmail.com>
Cc: Kirk B <kirk.bell@morecommerce.com>, Richard Starr <richard.starr@morecommerceinc.com>, Piyush Vasoya
<vasoyapiyush@gmail.com>

##- Please type your reply above this line -##

Your request has been updated. To add additional comments, reply to this email.

---

## Richard S. (Support)

Jan 22, 2025, 5:04 PM PST

No additional subscription will be charged.

*Thank you for your message. At MoreCommerce, we deeply value your partnership and the trust you have placed in*
*us. We fully understand and appreciate your concerns.*

*MoreCommerce platform is conducting a thorough evaluation of our operations and exploring strategic options for the business.*

Exhibit-G2

*We recognize that you may have questions, particularly regarding settlements and receivables. Please know that addressing these matters is a top priority for us. Our team is actively working to provide detailed updates on settlements and payment timelines. You can expect further communication from us in early February. We truly appreciate your patience and understanding during this time.*

## Paris Jewelry

Jan 22, 2025, 6:22 AM PST

[Quoted text hidden]

This email is a service from Support. Delivered by Zendesk

[N507JY-JRP47]

---

**Piyush Vasoya** <vasoyapiyush@gmail.com>                                    Thu, Jan 23, 2025 at 6:56 PM
To: Richard Starr <richard.starr@morecommerceinc.com>
Cc: Paris Jewelry <jacqueojadidi@gmail.com>, Kirk B <kirk.bell@morecommerce.com>, Support <support@help.morecommerce.com>

Hi Richard,

Over the past 4-5 days, we have not received any orders from MoreCommerce.

Is there anything we need to do from our side to address this? If not, kindly look into the issue and resolve it at the earliest.

Thank you!
[Quoted text hidden]
--
Warm Regards,
Piyush B. Vasoya
(+91 97123 92704)

---

**Richard S. (Support)** <support@help.morecommerce.com>                      Fri, Jan 24, 2025 at 5:39 AM
Reply-To: Support <support@help.morecommerce.com>
To: Paris Jewelry <jacqueojadidi@gmail.com>
Cc: Kirk B <kirk.bell@morecommerce.com>, Richard Starr <richard.starr@morecommerceinc.com>, Piyush Vasoya <vasoyapiyush@gmail.com>

##- Please type your reply above this line -##

Your request has been updated. To add additional comments, reply to this email.

---

## Richard S. (Support)

Jan 24, 2025, 5:39 AM PST

 Gmail

Jacque Ojadidi <jacqueojadidi@gmail.com>

---

## Notice of MoreCommerce Inc Dissolution

4 messages

---

**MoreCommerce Claims** <claims@morecommerce.com>                          Thu, Mar 6, 2025 at 11:54 AM
To: jacqueojadidi@gmail.com

March 6, 2025

jmgj group inc
10120 WEXTED WAY
ELK GROVE, CA 95757

Dear Sir or Madam:

This letter is to advise you that MoreCommerce, Inc. ("MoreCommerce") is dissolving by resolution of its stockholders.

You are receiving the attached notice of dissolution because you assert that you are a creditor of MoreCommerce. MoreCommerce is in the process of winding up its operations, including the collection of all sums due to the company, converting into cash all company assets, and discharging company liabilities. If you wish to share in the distribution of company assets, you should do all of the following:

- Follow the instructions in the attached Notice and submit your claim to the address provided together with any documentation supporting your claim.

- The deadline for submitting claims is **May 19, 2025**.

- *Any claims that are not received by the date set forth above may be barred and not paid*.

If you have previously submitted your claim for payment in response to an earlier request to present proof of debt, you do not need to take any further action at this time. Please note that receipt of a claim will not automatically entitle you to payment.

If you have any questions about the process discussed above, please send them to claims@morecommerce.com.

---

📄 **MoreCommerce Inc Notice of Dissolution.pdf**
9K

EXHIBIT-G4

**M Gmail**

Jacque Ojadidi <jacqueojadidi@gmail.com>

## Claims against More Commerce / Money owned
16 messages

**Organic Greek** <jacqueojadidi@gmail.com>                                    Thu, Feb 6, 2025 at 7:23 PM
To: claims@morecommerce.com, Richard Starr <richard.starr@morecommerceinc.com>, Kirk B
<kirk.bell@morecommerce.com>, Piyush Vasoya <vasoyapiyush@gmail.com>
Bcc: inara24@hotmail.com, Lj C <ljcwebnews@gmail.com>, Fernando Calderon <fcalderon@aats-cpa.com>, Juvline
Software <juvline@gmail.com>

JMGJ Group Inc.

c/o Jacque Ojadidi


More commerce Claims
220 Commerce Drive STE 100
Fort Washington, PA 19034

Subject: Formal Claim for Outstanding Debt

Dear Sir/Madam,

I am writing to formally submit a claim for the outstanding debt owed to JMJ Group Inc. by
Morecommerce, Inc. As per your request, please find below the details and supporting
documentation for the debt:

1. **Total Amount Owed**: $9864.36
2. **Basis of the Debt**: Products Sold but not paid for by MoreCommerce

Our business has been significantly negatively impacted by this outstanding debt. The lack of
income from More commerce, Inc. has disrupted our cash flow and has had a detrimental effect on
our overall business structure. This situation has forced us to make difficult adjustments to our
operations and financial planning.

We kindly request that this claim be reviewed and processed as part of Morecommerce, Inc.'s
winding-down proceedings. Please confirm receipt of this claim and provide an estimated timeline
for the resolution process.

If you need any more information or clarification, please do not hesitate to contact me at
jacqueojadidi@gmail.com

Thank you for your attention to this matter. We appreciate your prompt response and look forward
to a resolution.

Yours sincerely,

Jacque Ojadidi

ParisJewelry.com

$Exhibit -G5$

Enclosures:

- Copies of invoices
- Supporting documentation

---

**Support Supervisor** (Support)

Feb 6, 2025, 9:08 AM PST

Thank you for your message, and I apologize for any delayed response. You may know that Morecommerce, Inc. has temporarily paused processing new orders. After much deliberation, we have decided to cease business operations. We believe that taking this difficult, but necessary, step is the best way to ensure the maximum return to our creditors.

Our records indicate that you may have a claim against Morecommerce. If so, we kindly request that you provide formal proof of the debt, including the total amount owed, details of the basis of the debt, and supporting documentation. Please submit this information in the next thirty (30) days to ensure that your claim is properly reviewed and considered in the winding-down process.

Proof of debt should be submitted by email at claims@morecommerce.com or mailed to the following address: Morecommerce Claims, 220 Commerce Drive STE 100, Fort Washington, PA 19034 . Please note that receipt of a claim will not automatically entitle you to payment.

There will be further communication in the near future with additional information. In the meantime, we appreciate your patience.

**2 attachments**

image_2025_02_07T03_06_04_419Z.png
95K

payment-2025-01-31-details.csv
45K

---

**Organic Greek** <jacqueojadidi@gmail.com>                                Thu, Feb 6, 2025 at 8:03 PM
To: cmblawclerk@hotmail.com

Dear Michael,

Year 2020    Exhibit - M1

# List Once. Sell Everywhere.

### We Give eCommerce Sellers Superpowers

Unlimited listings

14 major marketplaces

For less than your morning coffee

**Get Started**

# MoreCommerce is the Low-Cost Leader
# in Multi-Channel Selling for SMBs

Sell everywhere with MoreCommerce. When you list with us, not only do your listings go up on
our owned and operated marketplaces, but you'll also get access to our extensive partner
network of major brand name shopping destinations. More than 30,000 rockstar sellers trust

MoreCommerce collects personal information in relation to operating our site and services. We do not
sell personal information, but it may also share with third parties for certain business purposes. Please                **Got it!**

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 54 of 96

Exhibit - M2

sell personal information, but it may be shared with third parties for certain business purposes. Please

MoreCommerce to help them sell over a billion dollars annually. Come join us and start earning.
review our **Privacy Policy**
(/web/20201101045853/https://www.morecommerce.com/)
(/web/20201101045853/https://www.morecommerce.com/content/general/policies-privacy) for more
information on the data we collect and your associated rights.

Log In (/web/20201101045853/https://www.morecommerce.com/login) **Become a Super-Seller**

Sign Up (https://web.archive.org/web/20201101045853/https://www.morecommerce.com/merchant/join/register)

(https://web.archive.org/web/20201101045853/https://www.morecommerce.com/merchant/join/register)

Sites and Integrations    About Us (/web/20201101045853/https://www.morecommerce.com/about-morecommerce)

Merchant Testimonials (/web/20201101045853/https://www.morecommerce.com/testimonials)

Contact Us (/web/20201101045853/https://www.morecommerce.com/content/contact-us)

  

Resources (/web/20201101045853/https://www.morecommerce.com/blog)

## Available Exclusively on MoreCommerce

## How It Works

1.           2.

MoreCommerce collects personal information in relation to operating our site and services. We do not

Exhibit-M3

sell personal information, but it may be shared with third parties for certain business purposes. Please

IMPORT an unlimited number Privacy Policy
of products with our easy to (/web/20201101045853/https://www.morecommerce.com/)
use import tools. information on the data we collect and your associated rights.

PRICE your products for retail. You control how much you get paid.

IMPORT an unlimited number of products with our easy to use import tools.

Log In (/web/20201101045853/https://www.morecommerce.com/login)

Sign Up (https://web.archive.org/web/20201101045853/https://www.morecommerce.com/merchant/join/register)

Or import from another store » (https://web.archive.org/web/20201101045853/https://support.morecommerce.com/hc/en-us/articles/360039435672)

Learn about our pricing » (/web/20201101045853/https://www.morecommerce.com/content/general/policies-privacy/)

**Sites and Integrations**     About Us (/web/20201101045853/https://www.morecommerce.com/about-morecommerce)

**Merchant Testimonials** (/web/20201101045853/https://www.morecommerce.com/testimonials)

5.   • • • LIST your products on up to     4.     • • • SELL more. Manage orders and process shipments from one intuitive dashboard.

**Contact Us** (/web/20201101045853/https://www.morecommerce.com/content/contact-us)

See our partners » ()

**Resources** (/web/20201101045853/https://www.morecommerce.com/blog)

Hear from our sellers » (/web/20201101045853/https://www.morecommerce.com/testimonials)

# Want to Learn More?

Talk to an expert about our tools and services.

**Schedule a Short Intro Call (https://web.archive.org/web/20201101045853/https://meetings.salesloft.com/morecommerce/ryandoody)**

MoreCommerce collects personal information in relation to operating our site and services. We do not

Case 2:25-cv-03360-DJC-JDP   Document 4   Filed 11/26/25   Page 57 of 96

sell personal information, but it may be shared with third parties for certain business purposes. Please review our **Privacy Policy** (/web/20201101045853/https://www.morecommerce.com/content/general/policies-privacy) for more information on the data we collect and your associated rights.

Log In (/web/20201101045853/http://www.morecommerce.com/login)

Sign Up (https://web.archive.org/web/20201101045853/https://www.morecommerce.com/merchant/join/register)

Sites and Integrations    About Us (/web/20201101045853/https://www.morecommerce.com/about-morecommerce)

Merchant Testimonials (/web/20201101045853/https://www.morecommerce.com/testimonials)

Contact Us (/web/20201101045853/https://www.morecommerce.com/content/contact-us)

Resources (/web/20201101045853/https://www.morecommerce.com/blog)

# We're Different

Over the last 20 years, we've **built sophisticated technology** to match sellers' products with interested customers.

We've **partnered with major marketplaces** to let you list your products without hassles, confusion, or fees.

MoreCommerce gives you an edge to **compete with major retailers and other businesses**.

**Read Our Story**

(/web/20201101045853/https://www.morecommerce.com/our-story)

# What Our Customers Say

We have a small team and MoreCommerce has been a huge time-saver and value add for us! Selling through MoreCommerce allowed us to easily grow on new marketplaces with no admin headaches or extra people hired.

**-Comfort Wheels**
morecommerce.com/comfortwheels

The best part about partnering with MoreCommerce is they handle all the customer service questions on all the marketplaces... Going with MoreCommerce freed my team and I up to create more products and hit our sales goals...

**-Dealswings**
morecommerce.com/dealswings

As soon as I signed up I was very impressed with the level of service from technical support to account management. They've always had my back. We just had a deal go live across multiple channels led by our account manager. Thanks MoreCommerce!

**-Bargain Hunters**
morecommerce.com/bargainhunters

MoreCommerce collects personal information in relation to operating our site and services. We do not

Exhibit - H5

sell personal information, but it may be shared with third parties for certain business purposes. Please review our **Privacy Policy** (/web/20201101045853/https://www.morecommerce.com/content/general/policies-privacy) for more information on the data we collect and your associated rights.

Log In (/web/20201101045853/https://www.morecommerce.com/login)

Sign Up (https://web.archive.org/web/20201101045853/https://www.morecommerce.com/merchant/join/register)

**ecommerce**

Sites and Integrations (/web/20201101045853/https://www.morecommerce.com/ About Us (/web/20201101045853/https://www.morecommerce.com/about-morecommerce)

Merchant Testimonials (/web/20201101045853/https://www.morecommerce.com/testimonials)

Contact Us (/web/20201101045853/https://www.morecommerce.com/content/contact-us)

Resources (/web/20201101045853/https://www.morecommerce.com/blog)

**Resources**

Merchant Help Center (https://morecommerce-support.zendesk.com/)

**About**

Our Story (/web/20201101045853/https://www.morecommerce.com/about-morecommerce/our-story)

About Us (/web/20201101045853/https://www.morecommerce.com/about-morecommerce)

Contact Us (/web/20201101045853/https://www.morecommerce.com/content/contact-us)

Merchant Testimonials (/web/20201101045853/https://www.morecommerce.com/testimonials)

Careers (/web/20201101045853/https://www.morecommerce.com/careers)

**Policies**

Terms of Service (/web/20201101045853/https://www.morecommerce.com/content/general/policies-terms)

Merchant Agreement (/web/20201101045853/https://www.morecommerce.com/about-agreement)

Privacy (/web/20201101045853/https://www.morecommerce.com/content/general/policies-privacy)

Security (/web/20201101045853/https://www.morecommerce.com/content/general/vulnerability-reporting)

Return Policy (https://morecommerce-support.zendesk.com/hc/en-us/articles/360039439532)

**Trusted Partners**

Services For Growing Your Business (/web/20201101045853/https://www.morecommerce.com/content/general/policies-partners)

(/web/20201101045853/https://www.morecommerce.com/content/general/merchant)

© 2020 MoreCommerce · Privacy Policy (/web/20201101045853/https://www.morecommerce.com/content/general/policies-privacy) · support@help.morecommerce.com (mailto:support@help.morecommerce.com) · 527 Flume St., Chico, CA 95928

year 2020

MoreCommerce collects personal information in relation to operating our site and services. We do not

*Exhibit M6*

*Year 2021*

The Wayback Machine - https://web.archive.org/web/20211110194332/https://www.morecommerce.com/
MoreCommerce collects personal information in relation to operating our site and services. We do not sell personal information, but it may be shared with third parties for certain business purposes. Please review our **Privacy Policy** for more information on the data we collect and your associated rights.

Got it!

**>morecommerce**

Log In

Sign Up

Sites and Integrations

Partner Channels

Amazon

eBay

Facebook

Walmart

Houzz

Overstock

Google Shopping

Wish

OfferUp

Sears

MoreCommerce Exclusives

OpenSky

Dot&Bo;

11 Main

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 59 of 96

Exhibit 47

Gemafina

Other Integrations

   Channel Advisor

   Shopify

   ShipStation

   ShipWorks

   Etsy

   Google

About Us

   About Us

   Our Story

   Careers

Merchant Testimonials

Contact Us

Resources

   Blog

   FAQs

# List Once. Sell Everywhere.

## We Give eCommerce Sellers Superpowers

**Unlimited listings**

**14 major marketplaces**

**For less than your morning coffee**

https://web.archive.org/web/20211110194332/https://www.morecommerce.com/

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 60 of 96

*Exhibit H8*

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 61 of 96

**Enter your email**

Get Started

# MoreCommerce is the Low-Cost Leader
# in Multi-Channel Selling for SMBs

Sell everywhere with MoreCommerce. When you list with us, not only do your listings go up on our owned and operated marketplaces, but you'll also get access to our extensive partner network of major brand name shopping destinations. More than 30,000 rockstar sellers trust MoreCommerce to help them sell over a billion dollars annually. Come join us and start earning.

Become a Super-Seller

**facebook**      **Walmart**      **amazon**      Google

overstock      **GROUPON** Goods      ebay      houzz

Exhibit 9

MoreCommerce






**OfferUp**   sears

## Available Exclusively on MoreCommerce



Dot Bo   **11 MAIN**   ⊕gemafina

# How It Works



- IMPORT an unlimited number of products with our easy to use import tools.

  *Or import from another store »*



- LIST your products on up to 14 major marketplaces.

  *See our partners »*



- PRICE your products for retail. You control how much you get paid.

  *Learn about our pricing »*



- SELL more. Manage orders and process shipments from one intuitive dashboard.

  *Hear from our sellers »*

https://web.archive.org/web/20211110194332/https://www.morecommerce.com/

11/25/25, 8:26 PM

*Exhibit - H40*

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 63 of 96

# Want to Learn More?

Talk to an expert about our tools and services.

Schedule a Short Intro Call



# We're Different

Over the last 20 years, we've **built sophisticated technology** to match sellers' products with interested customers.

We've **partnered with major marketplaces** to let you list your products without hassles, confusion, or fees.

MoreCommerce gives you an edge to **compete with major retailers and other businesses**.

Read Our Story

https://web.archive.org/web/20211110194332/https://www.morecommerce.com/

ELiBit - M11

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 64 of 96

# What Our Customers Say

❝ We have a small team and MoreCommerce has been a huge time-saver and value add for us! Selling through MoreCommerce allowed us to easily grow on new marketplaces with no admin headaches or extra people hired.

**-Comfort Wheels**
morecommerce.com/comfortwheels

❝ The best part about partnering with MoreCommerce is they handle all the customer service questions on all the marketplaces... Going with MoreCommerce freed my team and I up to create more products and hit our sales goals...

**-Dealswings**
morecommerce.com/dealswings

❝ As soon as I signed up I was very impressed with the level of service from technical support to account management. They've always had my back. We just had a deal go live across multiple channels led by our account manager. Thanks MoreCommerce!

**-Bargain Hunters**
morecommerce.com/bargainhunters

## ecommerce
More Shoppers. More Sales. MoreCommerce.

**Resources**
Merchant Help Center
Latest Blog Posts

**About**
Our Story
About Us
Contact Us
Merchant
Testimonials
Careers

**Policies**
Terms of Service
Merchant Agreement
Brand Protection
Privacy
Security
Return Policy

**Trusted Partners**
Services For Growing Your Business

© 2021 MoreCommerce · Privacy Policy · support@help.morecommerce.com · 372 E 6th St., Chico, CA 95928

https://web.archive.org/web/20211110194332/https://www.morecommerce.com/

year2021

**EXhiGit-H12**

in

f

@

🐦

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 65 of 96

*Exhibit - H13*

*year 2022*

## >morecommerce

**Seamless Integrations**     **Access Everywhere**     **Merchant Testimonials**     **Contact Us**

The Wayback Machine - https://web.archive.org/web/20221229040205/https://www.morecommerce.com/

# List Once.
# Sell Everywhere.

SELL ON EXCLUSIVE MARKETPLACES

 Dot Bo   **11 MAIN**   gemafina

SELL ON 10 ADDITIONAL MARKETPLACES

ebay   amazon   Walmart   facebook   overstock

houzz   wish   sears   Kroger   newegg

**No additional selling account needed**
**No listing management required**
**We handle customer service**

https://web.archive.org/web/20221229040205/https://www.morecommerce.com/

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 66 of 96

11/25/25, 8:20 PM

MoreCommerce

Exhibit H14

Go Live!

**Seamless Integrations**   **Access Everywhere**   **Merchant Testimonials**   **Contact Us**

# MoreCommerce the Leader in Multi-Channel Selling for SMBs

Sell everywhere with MoreCommerce. When you list with us, not only do your listings go up on our owned and operated marketplaces, but you'll also get access to our extensive partner network of major brand name shopping destinations. More than 30,000 rockstar sellers trust MoreCommerce to help them sell over a billion dollars annually. Come join us and start earning.

Sign Up

https://web.archive.org/web/20221229040205/https://www.morecommerce.com/

Case 2:25-cv-03360-DJC-JDP   Document 4   Filed 11/26/25   Page 67 of 96

11/25/25, 8:20 PM

MoreCommerce

Privacy Policy

## Seamless Integrations    Access Everywhere    Merchant Testimonials    Contact Us



**O** overstock

*newegg*

**eb**ay

houzz

Kroger

sears

## Available Exclusively on MoreCommerce



Dot Bo

**11 MAIN**

gemafina

## How It Works



- IMPORT an unlimited number of products with our easy to use import tools.

- PRICE your products for retail. You control how much you get paid.

  *Learn about our pricing »*

*Exhibit M16*

We also may use personal information to ... all information is subject to proper ... our services, the product will not be shared, ... but may be shared with third parties ... business purposes. Please review our **Privacy Policy** for more information on our data practices and your ... rights.

## Seamless Integrations

## Access Everywhere

14 major marketplaces.

*See our partners »*

## Merchant Testimonials

## Contact Us

and process shipments from one intuitive dashboard.

*Hear from our sellers »*

## Want to Learn More?

Talk to an expert about our tools and services.

Schedule a Short Intro Call

Exhibit H17

**Privacy Policy**



## Seamless Integrations   Access Everywhere   Merchant Testimonials   Contact Us

We've **partnered with major marketplaces** to let you list your products without hassles, confusion, or fees.

MoreCommerce gives you an edge to **compete with major retailers and other businesses**.



Read Our Story

## What Our Customers Say

❝ We have a small team and MoreCommerce has been a huge time-saver and value add for us! Selling through MoreCommerce allowed us to easily grow on new marketplaces with no admin headaches or extra people hired.

**-Comfort Wheels**
morecommerce.com/comfortwheels

❝ The best part about partnering with MoreCommerce is they handle all the customer service questions on all the marketplaces... Going with MoreCommerce freed my team and I up to create more products and hit our sales goals...

**-Dealswings**
morecommerce.com/dealswings

❝ As soon as I signed up I was very impressed with the level of service from technical support to account management. They've always had my back. We just had a deal go live across multiple channels led by our account manager. Thanks MoreCommerce!

**-Bargain Hunters**
morecommerce.com/bargainhunters

Exhibit - K18

MoreCommerce takes the privacy and protection of information it holds. In operating in a highly connected world, MoreCommerce collects information from its customers and it may be shared with third parties for certain business purposes. Please review our **Privacy Policy** for more information on the data we collect and your individual rights.

## Seamless Integrations     Access Everywhere     Merchant Testimonials     Contact Us

> ## ecommerce

More Shoppers. More Sales. MoreCommerce.

| Resources | About | Policies | Trusted Partners |
|---|---|---|---|
| Merchant Help Center | Our Story | Terms of Service | Services For Growing Your Business |
| Latest Blog Posts | About Us | Merchant Agreement | |
| | Contact Us | Brand Protection | |
| | Merchant Testimonials | Privacy | |
| | Careers | Security | |
| | | Return Policy | |

© 2022 MoreCommerce · Privacy Policy · support@help.morecommerce.com · 372 E 6th St., Chico, CA 95928

Year 2022

in   f   ⊙   𝕩

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 71 of 96

*Exhibit-M19*

## >morecommerce

*year 2023*

Log In

**Seamless Integrations**   **Access Everywhere**   **Merchant Testimonials**   **Contact Us**

The Wayback Machine - https://web.archive.org/web/20230217034206/https://www.morecommerce.com/

# List Once.
# Sell Everywhere.

SELL ON EXCLUSIVE MARKETPLACES

 Dot Bo    **11 MAIN**    ♥gemafina

SELL ON 10 ADDITIONAL MARKETPLACES

ebay    **amazon**    Walmart    **facebook**    ◻overstock

houzz    wish    sears    ☙Kroger    (newegg

**No additional selling account needed**

**listing management required**

**Top**   **ndle customer service**

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 72 of 96

Exhibit-H20

[Got it]

**Privacy Policy**

**Seamless Integrations**      **Access Everywhere**     **Merchant Testimonials**     **Contact Us**

# MoreCommerce the Leader in Multi-Channel Selling for SMBs

Sell everywhere with MoreCommerce. When you list with us, not only do your listings go up on our owned and operated marketplaces, but you'll also get access to our extensive partner network of major brand name shopping destinations. More than 30,000 rockstar sellers trust MoreCommerce to help them sell over a billion dollars annually. Come join us and start earning.

Sign Up

**Top**

Exhibit M21

Privacy Policy

**Seamless Integrations**     **Access Everywhere**     **Merchant Testimonials**     **Contact Us**



## Available Exclusively on MoreCommerce



## How It Works



• • •  **IMPORT an unlimited number of products with our easy to use import tools.**



• • •  **PRICE your products for retail. You control how much you get paid.**

*Learn about our pricing »*

**Top**

Case 2:25-cv-03360-DJC-JDP   Document 4   Filed 11/26/25   Page 74 of 96

MoreCommerce

Exhibit - H22

When you use or access our services, including our site, products, and social media accounts, we may collect personal information as part of our relationship. When we collect personal information, but it may also combine with other sources such as our partners. Please review our Privacy Policy for more information on the data we collect and your rights over it.

## Seamless Integrations

## Access Everywhere

14 major marketplaces.

*See our partners »*

## Merchant Testimonials

## Contact Us

and process shipments from one intuitive dashboard.

*Hear from our sellers »*

# Want to Learn More?

Talk to an expert about our tools and services.

Schedule a Short Intro Call

**Top**

*Exhibit 423*

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 76 of 96

Privacy Policy

## Seamless Integrations        Access Everywhere        Merchant Testimonials        Contact Us



We've **partnered with major marketplaces** to let you list your products without hassles, confusion, or fees.

MoreCommerce gives you an edge to **compete with major retailers and other businesses**.

Read Our Story

## What Our Customers Say

❝ We have a small team and MoreCommerce has been a huge time-saver and value add for us! Selling through MoreCommerce allowed us to easily grow on new marketplaces with no admin headaches or extra people hired.

**Top Vheels**
erce.com/comfortwheels

❝ The best part about partnering with MoreCommerce is they handle all the customer service questions on all the marketplaces... Going with MoreCommerce freed my team and I up to create more products and hit our sales goals...

**-Dealswings**
morecommerce.com/dealswings

❝ As soon as I signed up I was very impressed with the level of service from technical support to account management. They've always had my back. We just had a deal go live across multiple channels led by our account manager. Thanks MoreCommerce!

**-Bargain Hunters**
morecommerce.com/bargainhunters

11/25/25, 7:56 PM

MoreCommerce

Exhibit – H24

year 2023

**Seamless Integrations**

**Access Everywhere**

**Merchant Testimonials**

**Contact Us**

**Trusted Partners**

ecommerce

**Resources**

Merchant Help Center

Latest Blog Posts

**About**

Our Story

About Us

Contact Us

Merchant Testimonials

Careers

**Policies**

Terms of Service

Merchant Agreement

Brand Protection

Privacy

Security

Return Policy

© 2023 MoreCommerce · Privacy Policy · support@helpmorecommerce.com · 372 E 6th St, Chico, CA 95928

in  f

Top

https://web.archive.org/web/20230217034206/https://www.morecommerce.com/

*Exhibit H25*

*year 2024*

The Wayback Machine - https://web.archive.org/web/20240304041426/https://www.morecommerce.com/

MoreCommerce collects personal information in relation to operating our site and services. We do not sell personal information, but it may be shared with third parties for certain business purposes. Please review our **Privacy Policy** for more information on the data we collect and your associated rights.

Got it!

**›morecommerce**

Log In

Sign Up

Seamless Integrations

    Product and Order

        Shopify

        ChannelAdvisor

        CSV Imports

        API

        Morecommerce Portal

    Shipping Integrations

        ShipStation

        ShipWorks

Access Everywhere

    MoreCommerce Exclusive

        OpenSky

        Dot and Bo

        11 Main

    Partner Channels

MoreCommerce

*ExhiBit H26*

Amazon
eBay
Facebook
Walmart
Houzz
Google Shopping
Wish
Sears
Merchant Testimonials
Contact Us

# List Once.
# Sell Everywhere.

SELL ON EXCLUSIVE MARKETPLACES

 Dot Bo **11 MAIN**

SELL ON 10 ADDITIONAL MARKETPLACES

*Exhibit M27*

ebay   amazon   Walmart   facebook

houzz   wish   sears   Kroger   newegg



**No additional selling account needed**
**No listing management required**
**We handle customer service**
**You get paid!**

**Enter your email**                    Get Started

# MoreCommerce the Leader in Multi-Channel Selling for SMBs

Sell everywhere with MoreCommerce. When you list with us, not only do your listings go up on our owned and operated marketplaces, but you'll also get access to our extensive partner network of major brand name shopping destinations. More than 30,000 rockstar sellers trust MoreCommerce to help them sell over a billion dollars annually. Come join us and start earning.

https://web.archive.org/web/20240304041426/https://www.morecommerce.com/

Case 2:25-cv-03360-DJC-JDP   Document 4   Filed 11/26/25   Page 80 of 96

Exhibit H28

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 81 of 96

Sign Up

facebook      Walmart      amazon      Go gle

newegg      ebay      houzz      wish

Kroger      sears

## Available Exclusively on MoreCommerce

Dot&Bo      11 MAIN

## How It Works

• • •                 • • •

*Exhibit H29*



**IMPORT an unlimited number of products with our easy to use import tools.**

*Or import from another store »*



**PRICE your products for retail. You control how much you get paid.**

*Learn about our pricing »*

• • • **LIST your products on up to 14 major marketplaces.**

*See our partners »*

• • • **SELL more. Manage orders and process shipments from one intuitive dashboard.**

*Hear from our sellers »*

# Want to Learn More?

Talk to an expert about our tools and services.

Schedule a Short Intro Call

Exhibit H30

MoreCommerce

# We're Different

Over the last 20 years, we've **built sophisticated technology** to match sellers' products with interested customers.

We've **partnered with major marketplaces** to let you list your products without hassles, confusion, or fees.

MoreCommerce gives you an edge to **compete with major retailers and other businesses**.

Read Our Story

# What Our Customers Say

❝ We have a small team and MoreCommerce has been a huge time-saver and value add for us! Selling through MoreCommerce allowed us to easily grow on new marketplaces with no admin headaches or extra people hired.

**-Comfort Wheels**
morecommerce.com/comfortwheels

❝ The best part about partnering with MoreCommerce is they handle all the customer service questions on all the marketplaces... Going with MoreCommerce freed my team and I up to create more products and hit our sales goals...

**-Dealswings**
morecommerce.com/dealswings

❝ As soon as I signed up I was very impressed with the level of service from technical support to account management. They've always had my back. We just had a deal go live across multiple channels led by our account manager. Thanks MoreCommerce!

**-Bargain Hunters**
morecommerce.com/bargainhunters

https://web.archive.org/web/20240304041426/https://www.morecommerce.com/

Exhibit M31

## ecommerce
### More Shoppers. More Sales. MoreCommerce.

**Resources**

Merchant Help Center

Latest Blog Posts

**About**

Our Story

About Us

Contact Us

Merchant
Testimonials

Careers

**Policies**

Terms of Service

Merchant Agreement

Brand Protection

Privacy

Security

Return Policy

**Trusted Partners**

Services For Growing
Your Business

© 2024 MoreCommerce · Privacy Policy · support@help.morecommerce.com · 372 E 6th St., Chico, CA 95928

in
f
☐
y

year 2024

Case 2:25-cv-03360-DJC-JDP    Document 4    Filed 11/26/25    Page 84 of 96

Exhibit-I

| Reference | Event Date | Payment T | Amount | Order ID | SKU | Notes |
|---|---|---|---|---|---|---|
| 6134105 | 1/1/2025 | Transactio | -0.51 | 1.08E+08 | PARISJE-30BEAE08-6749907A35DFF | |
| 6134106 | 1/1/2025 | Managem | -5.1 | 1.08E+08 | PARISJE-30BEAE08-6749907A35DFF | |
| 6134601 | 1/1/2025 | Transactio | -0.41 | 1.08E+08 | parisjewelry327 | |
| 6134602 | 1/1/2025 | Managem | -4.05 | 1.08E+08 | parisjewelry327 | |
| 6134616 | 1/1/2025 | Transactio | -0.42 | 1.08E+08 | PARISJE-7405FE6E-636470C0719AC | |
| 6134617 | 1/1/2025 | Managem | -4.2 | 1.08E+08 | PARISJE-7405FE6E-636470C0719AC | |
| 6134896 | 1/1/2025 | Transactio | -0.27 | 1.08E+08 | parisjewelry518 | |
| 6134897 | 1/1/2025 | Managem | -2.67 | 1.08E+08 | parisjewelry518 | |
| 6134944 | 1/1/2025 | Transactio | -0.54 | 1.08E+08 | PARISJE-72AB185B-636277C6C7D68 | |
| 6134945 | 1/1/2025 | Managem | -5.4 | 1.08E+08 | PARISJE-72AB185B-636277C6C7D68 | |
| 6134962 | 1/1/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-6223195D-6458CF5A15B84 | |
| 6134963 | 1/1/2025 | Managem | -4.8 | 1.08E+08 | PARISJE-6223195D-6458CF5A15B84 | |
| 6135135 | 1/1/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-27C1D039-603C74DB9E62D | |
| 6135136 | 1/1/2025 | Managem | -4.8 | 1.08E+08 | PARISJE-27C1D039-603C74DB9E62D | |
| 6135225 | 1/1/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-56BE7506-66BB51C9DE1EC | |
| 6135226 | 1/1/2025 | Managem | -4.8 | 1.08E+08 | PARISJE-56BE7506-66BB51C9DE1EC | |
| 6135323 | 1/1/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-76E6DA83-66B9E9F9D16FE | |
| 6135324 | 1/1/2025 | Managem | -3 | 1.08E+08 | PARISJE-76E6DA83-66B9E9F9D16FE | |
| 6135338 | 1/1/2025 | Transactio | -0.36 | 1.08E+08 | parisjewelry374 | |
| 6135339 | 1/1/2025 | Managem | -3.6 | 1.08E+08 | parisjewelry374 | |
| 6135529 | 1/1/2025 | Transactio | -0.45 | 1.08E+08 | PARISJE-4DA0FD11-03E51A42E91D4 | |
| 6135530 | 1/1/2025 | Managem | -4.49 | 1.08E+08 | PARISJE-4DA0FD11-03E51A42E91D4 | |
| 6135622 | 1/1/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-1817E5D1-66D82EE711388 | |
| 6135623 | 1/1/2025 | Managem | -3 | 1.08E+08 | PARISJE-1817E5D1-66D82EE711388 | |
| 6135661 | 1/1/2025 | Transactio | -2.37 | 1.08E+08 | PARISJE-3D735B4E-66D6CF00B4623 | |
| 6135662 | 1/1/2025 | Managem | -23.7 | 1.08E+08 | PARISJE-3D735B4E-66D6CF00B4623 | |
| 6135923 | 1/1/2025 | Transactio | -0.72 | 1.08E+08 | PARISJE-4E409C36-664603462CAA3 | |
| 6135924 | 1/1/2025 | Managem | -7.2 | 1.08E+08 | PARISJE-4E409C36-664603462CAA3 | |
| 6136013 | 1/1/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-73D574A4-6433B093C5FEB | |
| 6136014 | 1/1/2025 | Managem | -3 | 1.08E+08 | PARISJE-73D574A4-6433B093C5FEB | |
| 6136228 | 1/1/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-F79C2F75-1C102F3E7639C | |
| 6136229 | 1/1/2025 | Managem | -3 | 1.08E+08 | PARISJE-F79C2F75-1C102F3E7639C | |
| 6136231 | 1/1/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-C84E49D0-6DA03601EC745 | |
| 6136232 | 1/1/2025 | Managem | -3 | 1.08E+08 | PARISJE-C84E49D0-6DA03601EC745 | |
| 6136234 | 1/1/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-447F898C-0D2D330770676 | |
| 6136235 | 1/1/2025 | Managem | -3 | 1.08E+08 | PARISJE-447F898C-0D2D330770676 | |
| 6136417 | 1/1/2025 | Transactio | -0.24 | 1.08E+08 | PARISJE-DCBE75F-66FD38F412E04 | |
| 6136418 | 1/1/2025 | Managem | -2.4 | 1.08E+08 | PARISJE-DCBE75F-66FD38F412E04 | |
| 6136426 | 1/1/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-19BD8392-645B47AB36FCE | |
| 6136427 | 1/1/2025 | Managem | -4.8 | 1.08E+08 | PARISJE-19BD8392-645B47AB36FCE | |
| 6136616 | 1/2/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-28B9EFD4-6458C5B555417 | |
| 6136617 | 1/2/2025 | Managem | -4.8 | 1.08E+08 | PARISJE-28B9EFD4-6458C5B555417 | |
| 6137818 | 1/2/2025 | Transactio | -0.41 | 1.08E+08 | PARISJE-568748F3-661A2B296459E | |
| 6137819 | 1/2/2025 | Managem | -4.08 | 1.08E+08 | PARISJE-568748F3-661A2B296459E | |
| 6137830 | 1/2/2025 | Transactio | -0.54 | 1.08E+08 | PARISJE-5D95DBF0-6458F26C585E2 | |
| 6137831 | 1/2/2025 | Managem | -5.4 | 1.08E+08 | PARISJE-5D95DBF0-6458F26C585E2 | |

| 6138103 | 1/2/2025 | Transactio | -1.17 | 1.08E+08 | PARISJE-76C6D361-66D197AF56219 |
| 6138104 | 1/2/2025 | Managem( | -11.7 | 1.08E+08 | PARISJE-76C6D361-66D197AF56219 |
| 6138741 | 1/2/2025 | Return De( | -15.99 | 1.08E+08 | PARISJE-7D6516A6-7AC4D835CA65A |
| 6139098 | 1/2/2025 | Order Pay( | 16.99 | 1.08E+08 | PARISJE-A3666EA1-4261CE9D27E16 |
| 6139106 | 1/2/2025 | Order Pay( | 16.99 | 1.08E+08 | PARISJE-27828990-C53503AFD5DBB |
| 6139139 | 1/2/2025 | Order Pay( | 11.99 | 1.08E+08 | PARISJE-5E9505A8-6363BED384420 |
| 6139261 | 1/2/2025 | Order Pay( | 15.99 | 1.08E+08 | PARISJE-56BE7506-66BB51C9DE1EC |
| 6139979 | 1/2/2025 | Order Pay( | 18.99 | 1.08E+08 | PARISJE-2CC6FF24-66F761162BFEB |
| 6140371 | 1/2/2025 | Transactio | -0.6 | 1.08E+08 | PARISJE-7D74684B-6618CFA45FD81 |
| 6140372 | 1/2/2025 | Managem( | -6 | 1.08E+08 | PARISJE-7D74684B-6618CFA45FD81 |
| 6140987 | 1/2/2025 | Order Pay( | 18.99 | 1.08E+08 | PARISJE-1F462382-5757913251DEA |
| 6140995 | 1/2/2025 | Order Pay( | 15.99 | 1.08E+08 | PARISJE-60BB23E5-645B2FBBAA515 |
| 6141003 | 1/2/2025 | Order Pay( | 13.99 | 1.08E+08 | PARISJE-491BD6D6-63647DFDE2DB9 |
| 6141060 | 1/2/2025 | Order Pay( | 15.99 | 1.08E+08 | PARISJE-20A3D93A-645B3A08A1CAC |
| 6141100 | 1/2/2025 | Order Pay( | 15.99 | 1.08E+08 | PARISJE-60BB23E5-645B2FBBAA515 |
| 6141595 | 1/2/2025 | Order Pay( | 11.99 | 1.08E+08 | PARISJE-30CC47FE-635FC5E25B115 |
| 6141867 | 1/2/2025 | Transactio | -0.24 | 1.08E+08 | PARISJE-6584FE51-66B70B17C4F6D |
| 6141868 | 1/2/2025 | Managem( | -2.4 | 1.08E+08 | PARISJE-6584FE51-66B70B17C4F6D |
| 6141953 | 1/2/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-611022F9-66C594BC15323 |
| 6141954 | 1/2/2025 | Managem( | -3 | 1.08E+08 | PARISJE-611022F9-66C594BC15323 |
| 6141956 | 1/2/2025 | Transactio | -0.24 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6141957 | 1/2/2025 | Managem( | -2.4 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6142586 | 1/2/2025 | Order Pay( | 99 | 1.08E+08 | PARISJE-29747969-66D5829D1F597 |
| 6142871 | 1/2/2025 | Order Pay( | 13.99 | 1.08E+08 | PARISJE-3688E9BA-673834C538B29 |
| 6142906 | 1/2/2025 | Order Pay( | 9.99 | 1.08E+08 | PARISJE-76E6DA83-66B9E9F9D16FE |
| 6143367 | 1/2/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-4C13ECD6-643E67ED2C2E4 |
| 6143368 | 1/2/2025 | Managem( | -3 | 1.08E+08 | PARISJE-4C13ECD6-643E67ED2C2E4 |
| 6143724 | 1/2/2025 | Order Pay( | 22.99 | 1.08E+08 | PARISJE-7FF53FFC-66D6D5132687F |
| 6144391 | 1/2/2025 | Order Pay( | 16.79 | 1.08E+08 | PARISJE-1A3F37C-66DAD03CD94FA |
| 6146296 | 1/2/2025 | Order Pay( | 10.99 | 1.08E+08 | PARISJE-9165C5A-643A277B7323B |
| 6146463 | 1/2/2025 | Transactio | -0.51 | 1.08E+08 | PARISJE-20F399A7-6729BE7F22E4E |
| 6146464 | 1/2/2025 | Managem( | -5.1 | 1.08E+08 | PARISJE-20F399A7-6729BE7F22E4E |
| 6146779 | 1/2/2025 | Order Pay( | 9.99 | 1.08E+08 | PARISJE-357DA7CC-64631F8D2D5D6 |
| 6147249 | 1/2/2025 | Order Pay( | 9.99 | 1.08E+08 | PARISJE-1152D29F-6433ADFDC82CD |
| 6147257 | 1/2/2025 | Order Pay( | 9.99 | 1.08E+08 | PARISJE-6F4990E-64362C9E6DD11 |
| 6147265 | 1/2/2025 | Order Pay( | 9.99 | 1.08E+08 | PARISJE-288F7E97-64364549AA173 |
| 6147273 | 1/2/2025 | Order Pay( | 9.99 | 1.08E+08 | PARISJE-120573C7-64364EC4010AB |
| 6147281 | 1/2/2025 | Order Pay( | 9.99 | 1.08E+08 | PARISJE-A2D0B84-643788F580214 |
| 6148680 | 1/2/2025 | Transactio | -0.33 | 1.08E+08 | PARISJE-677093B-65A7A62E9A75E |
| 6148681 | 1/2/2025 | Managem( | -3.3 | 1.08E+08 | PARISJE-677093B-65A7A62E9A75E |
| 6149171 | 1/2/2025 | Order Pay( | 15.99 | 1.08E+08 | PARISJE-65880555-6459CC6445FA6 |
| 6149179 | 1/2/2025 | Order Pay( | 15.99 | 1.08E+08 | PARISJE-3B932726-6459CBD59404C |
| 6150439 | 1/2/2025 | Order Pay( | 9.99 | 1.08E+08 | PARISJE-6F97DFF2-636486A0CC632 |
| 6150590 | 1/2/2025 | Order Pay( | 18.99 | 1.08E+08 | PARISJE-9C9210FD-B4C93E5C71E29 |
| 6150598 | 1/2/2025 | Order Pay( | 18.99 | 1.08E+08 | PARISJE-AF933F30-BFE561C8D0177 |
| 6151519 | 1/2/2025 | Order Pay( | 29.99 | 1.08E+08 | PARISJE-4E6E8A78-66BAFFF49D5FB |
| 6152294 | 1/3/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-CFF53143-EAE4EE175D3E2 |

Exhibit I-3

| | | | | | |
|---|---|---|---|---|---|
| 6152295 | 1/3/2025 | Managem( | -4.8 | 1.08E+08 | PARISJE-CFF53143-EAE4EE175D3E2 |
| 6152300 | 1/3/2025 | Transactio | -0.54 | 1.08E+08 | PARISJE-5D95DBF0-6458F26C585E2 |
| 6152301 | 1/3/2025 | Managem( | -5.4 | 1.08E+08 | PARISJE-5D95DBF0-6458F26C585E2 |
| 6152449 | 1/3/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-50953643-66D5586D469F8 |
| 6152450 | 1/3/2025 | Managem( | -3 | 1.08E+08 | PARISJE-50953643-66D5586D469F8 |
| 6152473 | 1/3/2025 | Transactio | -0.24 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6152474 | 1/3/2025 | Managem( | -2.4 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6154879 | 1/3/2025 | Transactio | -0.57 | 1.08E+08 | PARISJE-EF3CED8-6459CF35147F9 |
| 6154880 | 1/3/2025 | Managem( | -5.7 | 1.08E+08 | PARISJE-EF3CED8-6459CF35147F9 |
| 6155569 | 1/3/2025 | Order Pay( | 10.99 | 1.08E+08 | PARISJE-212E0368-635E72F4BA34E |
| 6156202 | 1/3/2025 | Order Pay( | 15.99 | 1.08E+08 | PARISJE-3B932726-6459CBD59404C |
| 6156816 | 1/3/2025 | Order Pay( | 39 | 1.08E+08 | PARISJE-4686E19B-358175131E6DF |
| 6157233 | 1/3/2025 | Transactio | -0.33 | 1.08E+08 | PARISJE-69888BB9-63F712B385386 |
| 6157234 | 1/3/2025 | Managem( | -3.3 | 1.08E+08 | PARISJE-69888BB9-63F712B385386 |
| 6157433 | 1/3/2025 | Order Pay( | 27.19 | 1.08E+08 | PARISJE-7EF5875E-66DFF3753623B |
| 6157956 | 1/3/2025 | Order Pay( | 12.99 | 1.08E+08 | PARISJE-1BD8F3B1-66BCA1CD38C6F |
| 6159934 | 1/3/2025 | Transactio | -0.42 | 1.08E+08 | PARISJE-4701AA41-6365D21710776 |
| 6159935 | 1/3/2025 | Managem( | -4.2 | 1.08E+08 | PARISJE-4701AA41-6365D21710776 |
| 6160276 | 1/3/2025 | Order Pay( | 13.99 | 1.08E+08 | PARISJE-5A0C9683-6459F1522400D |
| 6160491 | 1/3/2025 | Return De( | -11.99 | 1.08E+08 | PARISJE-66BDFEAC-66EABC20974D6 |
| 6160496 | 1/3/2025 | Return De( | -7.95 | 1.08E+08 | PARISJE-66BDFEAC-66EABC20974D6 |
| 6160724 | 1/3/2025 | Order Pay( | 19.99 | 1.08E+08 | PARISJE-1807AA9B-66E2BF3518071 |
| 6161083 | 1/3/2025 | Transactio | -0.6 | 1.08E+08 | PARISJE-7D74684B-6618CFA45FD81 |
| 6161084 | 1/3/2025 | Managem( | -6 | 1.08E+08 | PARISJE-7D74684B-6618CFA45FD81 |
| 6161106 | 1/3/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-4EE063B8-641596676FBBA |
| 6161107 | 1/3/2025 | Managem( | -3 | 1.08E+08 | PARISJE-4EE063B8-641596676FBBA |
| 6161878 | 1/3/2025 | Transactio | -0.54 | 1.08E+08 | PARISJE-5D95DBF0-6458F26C585E2 |
| 6161879 | 1/3/2025 | Managem( | -5.4 | 1.08E+08 | PARISJE-5D95DBF0-6458F26C585E2 |
| 6161881 | 1/3/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-262BE703-6458ED59E5F0B |
| 6161882 | 1/3/2025 | Managem( | -4.8 | 1.08E+08 | PARISJE-262BE703-6458ED59E5F0B |
| 6162645 | 1/3/2025 | Transactio | -0.45 | 1.08E+08 | PARISJE-D4EADC2-645DC80E093CB |
| 6162646 | 1/3/2025 | Managem( | -4.5 | 1.08E+08 | PARISJE-D4EADC2-645DC80E093CB |
| 6162854 | 1/3/2025 | Order Pay( | 23.99 | 1.08E+08 | PARISJE-F2D23624-07D5D1A436C97 |
| 6163197 | 1/3/2025 | Order Pay( | 13.99 | 1.08E+08 | PARISJE-53DAC721-66BA0D5C03705 |
| 6163478 | 1/3/2025 | Transactio | -0.33 | 1.08E+08 | PARISJE-420C9D7C-63F8555D6EEA4 |
| 6163479 | 1/3/2025 | Managem( | -3.3 | 1.08E+08 | PARISJE-420C9D7C-63F8555D6EEA4 |
| 6163906 | 1/3/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-56BE7506-66BB51C9DE1EC |
| 6163907 | 1/3/2025 | Managem( | -4.8 | 1.08E+08 | PARISJE-56BE7506-66BB51C9DE1EC |
| 6164771 | 1/4/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-68C393EA-64631F3B44255 |
| 6164772 | 1/4/2025 | Managem( | -3 | 1.08E+08 | PARISJE-68C393EA-64631F3B44255 |
| 6165060 | 1/4/2025 | Transactio | -0.57 | 1.08E+08 | PARISJE-FAF1A126-50952354F6BAA |
| 6165061 | 1/4/2025 | Managem( | -5.7 | 1.08E+08 | PARISJE-FAF1A126-50952354F6BAA |
| 6165693 | 1/4/2025 | Order Pay( | 9.99 | 1.08E+08 | PARISJE-72A66E49-66C5962B45698 |
| 6165701 | 1/4/2025 | Order Pay( | 19.99 | 1.08E+08 | PARISJE-66BDFEAC-66EABC20974D6 |
| 6166428 | 1/4/2025 | Order Pay( | 9.99 | 1.08E+08 | PARISJE-67000264-66D9725B8D168 |
| 6166809 | 1/4/2025 | Order Pay( | 10.99 | 1.08E+08 | PARISJE-677093B-65A7A62E9A75E |
| 6167036 | 1/4/2025 | Order Pay( | 59.99 | 1.08E+08 | PARISJE-6C3D836A-66BDE4DB7CB99 |

Exhibit I4

| | | | | | |
|---|---|---|---|---|---|
| 6167095 | 1/4/2025 | Order Pay | 12.99 | 1.08E+08 | PARISJE-62672C36-6443C4C4C0E62 |
| 6167707 | 1/4/2025 | Order Pay | 13.99 | 1.08E+08 | PARISJE-53CFEB19-643782CC5EAE5 |
| 6168223 | 1/4/2025 | Order Pay | 9.99 | 1.08E+08 | PARISJE-61363278-6464B74739B4C |
| 6168430 | 1/4/2025 | Order Pay | 11.99 | 1.08E+08 | PARISJE-30CC47FE-635FC5E25B115 |
| 6168454 | 1/4/2025 | Order Pay | 23.99 | 1.08E+08 | PARISJE-1E8868C8-66E141517C148 |
| 6169046 | 1/4/2025 | Order Pay | 23.99 | 1.08E+08 | PARISJE-4E409C36-664603462CAA3 |
| 6169629 | 1/4/2025 | Order Pay | 13.5 | 1.08E+08 | parisjewelry327 |
| 6169776 | 1/4/2025 | Order Pay | 18.39 | 1.08E+08 | PARISJE-FECD388-66E15E28D3DF9 |
| 6170636 | 1/4/2025 | Order Pay | 15.99 | 1.08E+08 | PARISJE-65880555-6459CC6445FA6 |
| 6170793 | 1/4/2025 | Transactio | -0.69 | 1.08E+08 | PARISJE-74F0D24D-66F3B1DC5143C |
| 6170794 | 1/4/2025 | Managem | -6.9 | 1.08E+08 | PARISJE-74F0D24D-66F3B1DC5143C |
| 6171295 | 1/4/2025 | Order Pay | 9.99 | 1.08E+08 | PARISJE-88045516-00C1C240CB3A1 |
| 6171855 | 1/4/2025 | Order Pay | 8.99 | 1.08E+08 | PARISJE-240EA7C9-66B9FC968A951 |
| 6171983 | 1/4/2025 | Transactio | -0.9 | 1.08E+08 | PARISJE-52BF8D91-66D57AF102849 |
| 6171984 | 1/4/2025 | Managem | -9 | 1.08E+08 | PARISJE-52BF8D91-66D57AF102849 |
| 6172209 | 1/4/2025 | Order Pay | 13.59 | 1.08E+08 | PARISJE-568748F3-661A2B296459E |
| 6172661 | 1/4/2025 | Transactio | -0.39 | 1.08E+08 | PARISJE-5293701F-636141F7C5726 |
| 6172662 | 1/4/2025 | Managem | -3.9 | 1.08E+08 | PARISJE-5293701F-636141F7C5726 |
| 6172691 | 1/4/2025 | Transactio | -0.39 | 1.08E+08 | PARISJE-1BD8F3B1-66BCA1CD38C6F |
| 6172692 | 1/4/2025 | Managem | -3.9 | 1.08E+08 | PARISJE-1BD8F3B1-66BCA1CD38C6F |
| 6172721 | 1/4/2025 | Order Pay | 22.99 | 1.08E+08 | PARISJE-5EBBE963-66F3AFB6DD232 |
| 6172753 | 1/4/2025 | Order Pay | 16.99 | 1.08E+08 | PARISJE-BDF5F7D-636B49E1F08A7 |
| 6172892 | 1/4/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6172893 | 1/4/2025 | Managem | -3 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6173004 | 1/4/2025 | Order Pay | 15.99 | 1.08E+08 | PARISJE-28B9EFD4-6458C5B555417 |
| 6173144 | 1/4/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-60BB23E5-645B2FBBAA515 |
| 6173145 | 1/4/2025 | Managem | -4.8 | 1.08E+08 | PARISJE-60BB23E5-645B2FBBAA515 |
| 6173294 | 1/4/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-2C178A12-645C760AB7EE2 |
| 6173295 | 1/4/2025 | Managem | -4.8 | 1.08E+08 | PARISJE-2C178A12-645C760AB7EE2 |
| 6173483 | 1/4/2025 | Transactio | -0.27 | 1.08E+08 | PARISJE-583747E7-634D3D22B9175 |
| 6173484 | 1/4/2025 | Managem | -2.7 | 1.08E+08 | PARISJE-583747E7-634D3D22B9175 |
| 6173645 | 1/5/2025 | Transactio | -0.39 | 1.08E+08 | PARISJE-3FE59027-66F108245EFE7 |
| 6173646 | 1/5/2025 | Managem | -3.9 | 1.08E+08 | PARISJE-3FE59027-66F108245EFE7 |
| 6173648 | 1/5/2025 | Transactio | -0.39 | 1.08E+08 | PARISJE-3FE59027-66F108245EFE7 |
| 6173649 | 1/5/2025 | Managem | -3.9 | 1.08E+08 | PARISJE-3FE59027-66F108245EFE7 |
| 6173678 | 1/5/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-7D87B7EC-6442592B220D4 |
| 6173679 | 1/5/2025 | Managem | -3 | 1.08E+08 | PARISJE-7D87B7EC-6442592B220D4 |
| 6174609 | 1/5/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6174610 | 1/5/2025 | Managem | -3 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6174785 | 1/5/2025 | Transactio | -0.33 | 1.08E+08 | PARISJE-69888BB9-63F712B385386 |
| 6174786 | 1/5/2025 | Managem | -3.3 | 1.08E+08 | PARISJE-69888BB9-63F712B385386 |
| 6175598 | 1/5/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-636DD556-6431387C9C70D |
| 6175599 | 1/5/2025 | Managem | -3 | 1.08E+08 | PARISJE-636DD556-6431387C9C70D |
| 6175658 | 1/5/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-1F0F8A40-6449217A91860 |
| 6175660 | 1/5/2025 | Managem | -3 | 1.08E+08 | PARISJE-1F0F8A40-6449217A91860 |
| 6175670 | 1/5/2025 | Transactio | -2.1 | 1.08E+08 | PARISJE-510C4D06-66D585CE5BADD |
| 6175671 | 1/5/2025 | Managem | -21 | 1.08E+08 | PARISJE-510C4D06-66D585CE5BADD |

Exhibit-I5

| | | | | | |
|---|---|---|---|---|---|
| 6175914 | 1/5/2025 | Transactio | -0.41 | 1.08E+08 | parisjewelry327 |
| 6175915 | 1/5/2025 | Managem | -4.05 | 1.08E+08 | parisjewelry327 |
| 6176180 | 1/5/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-3B932726-6459CBD59404C |
| 6176181 | 1/5/2025 | Managem | -4.8 | 1.08E+08 | PARISJE-3B932726-6459CBD59404C |
| 6176355 | 1/5/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-73EF8D66-6458F18E4E4D9 |
| 6176356 | 1/5/2025 | Managem | -4.8 | 1.08E+08 | PARISJE-73EF8D66-6458F18E4E4D9 |
| 6176867 | 1/5/2025 | Transactio | -0.39 | 1.08E+08 | PARISJE-2A37751B-6351465EA4A91 |
| 6176868 | 1/5/2025 | Managem | -3.9 | 1.08E+08 | PARISJE-2A37751B-6351465EA4A91 |
| 6177320 | 1/5/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-14D9B15A-636278B61E96A |
| 6177321 | 1/5/2025 | Managem | -3 | 1.08E+08 | PARISJE-14D9B15A-636278B61E96A |
| 6178103 | 1/6/2025 | Transactio | -0.37 | 1.08E+08 | PARISJE-597EF592-65E182589312D |
| 6178104 | 1/6/2025 | Managem | -3.69 | 1.08E+08 | PARISJE-597EF592-65E182589312D |
| 6178136 | 1/6/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-7B5D44DB-64686EFB449A4 |
| 6178137 | 1/6/2025 | Managem | -3 | 1.08E+08 | PARISJE-7B5D44DB-64686EFB449A4 |
| 6178681 | 1/6/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-7FAFC1E7-66EBFB6EC9550 |
| 6178682 | 1/6/2025 | Managem | -4.8 | 1.08E+08 | PARISJE-7FAFC1E7-66EBFB6EC9550 |
| 6178684 | 1/6/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-43D808F8-66D822F54D5E5 |
| 6178685 | 1/6/2025 | Managem | -3 | 1.08E+08 | PARISJE-43D808F8-66D822F54D5E5 |
| 6179021 | 1/6/2025 | Return De | -23.99 | 1.08E+08 | PARISJE-1E8868C8-66E141517C148 |
| 6179023 | 1/6/2025 | Return Ref | 0.72 | 1.08E+08 | PARISJE-1E8868C8-66E141517C148 |
| 6179138 | 1/6/2025 | Transactio | -0.42 | 1.08E+08 | PARISJE-491BD6D6-63647DFDE2DB9 |
| 6179139 | 1/6/2025 | Managem | -4.2 | 1.08E+08 | PARISJE-491BD6D6-63647DFDE2DB9 |
| 6179821 | 1/6/2025 | Transactio | -0.81 | 1.08E+08 | PARISJE-FCB4F3C3-CC0CBDA6848C4 |
| 6179822 | 1/6/2025 | Managem | -8.1 | 1.08E+08 | PARISJE-FCB4F3C3-CC0CBDA6848C4 |
| 6180117 | 1/6/2025 | Order Pay | 89 | 1.08E+08 | PARISJE-2DE3D875-66D19F3573717 |
| 6180195 | 1/6/2025 | Order Pay | 9.99 | 1.08E+08 | PARISJE-2EA7D1D0-643789C2376F7 |
| 6180219 | 1/6/2025 | Order Pay | 9.99 | 1.08E+08 | PARISJE-699B5DB-6434DA43E792D |
| 6180448 | 1/6/2025 | Order Pay | 17.99 | 1.08E+08 | PARISJE-77A58694-6365F5D12D62A |
| 6180854 | 1/6/2025 | Order Pay | 9.99 | 1.08E+08 | PARISJE-73D574A4-6433B093C5FEB |
| 6181501 | 1/6/2025 | Order Pay | 14.99 | 1.08E+08 | parisjewelry46 |
| 6182406 | 1/6/2025 | Order Pay | 39 | 1.08E+08 | PARISJE-76C6D361-66D197AF56219 |
| 6182831 | 1/6/2025 | Order Pay | 12.99 | 1.08E+08 | PARISJE-290B9804-6381AC54001B5 |
| 6182847 | 1/6/2025 | Order Pay | 9.99 | 1.08E+08 | PARISJE-611022F9-66C594BC15323 |
| 6182863 | 1/6/2025 | Order Pay | 15.99 | 1.08E+08 | PARISJE-6223195D-6458CF5A15B84 |
| 6183074 | 1/6/2025 | Order Pay | 7.99 | 1.08E+08 | PARISJE-3688E9BA-673834C538B29 |
| 6183192 | 1/6/2025 | Transactio | -0.39 | 1.08E+08 | PARISJE-3AF60933-66F28C890DDE9 |
| 6183193 | 1/6/2025 | Managem | -3.9 | 1.08E+08 | PARISJE-3AF60933-66F28C890DDE9 |
| 6183572 | 1/6/2025 | Order Pay | 9.99 | 1.08E+08 | PARISJE-F79C2F75-1C102F3E7639C |
| 6183580 | 1/6/2025 | Order Pay | 9.99 | 1.08E+08 | PARISJE-C84E49D0-6DA03601EC745 |
| 6183588 | 1/6/2025 | Order Pay | 9.99 | 1.08E+08 | PARISJE-447F898C-0D2D330770676 |
| 6184252 | 1/6/2025 | Order Pay | 19.99 | 1.08E+08 | PARISJE-7D74684B-6618CFA45FD81 |
| 6185164 | 1/6/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-37083984-6459F22D5FAFD |
| 6185165 | 1/6/2025 | Managem | -3 | 1.08E+08 | PARISJE-37083984-6459F22D5FAFD |
| 6185200 | 1/6/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-288F7E97-64364549AA173 |
| 6185201 | 1/6/2025 | Managem | -3 | 1.08E+08 | PARISJE-288F7E97-64364549AA173 |
| 6185561 | 1/6/2025 | Order Pay | 79 | 1.08E+08 | PARISJE-3D735B4E-66D6CF00B4623 |
| 6186485 | 1/6/2025 | Order Pay | 11.99 | 1.08E+08 | PARISJE-4AAF4E11-634D372262716 |

| | | | | | |
|---|---|---|---|---|---|
| 6186581 | 1/6/2025 | Order Payr | 17.99 | 1.08E+08 | PARISJE-5D95DBF0-6458F26C585E2 |
| 6186589 | 1/6/2025 | Order Payr | 15.99 | 1.08E+08 | PARISJE-262BE703-6458ED59E5F0B |
| 6186848 | 1/6/2025 | Order Payr | 39.99 | 1.08E+08 | PARISJE-6529489B-66BDEFCBB391E |
| 6187258 | 1/6/2025 | Order Payr | 9.99 | 1.08E+08 | PARISJE-76E6DA83-66B9E9F9D16FE |
| 6187266 | 1/6/2025 | Order Payr | 9.99 | 1.08E+08 | PARISJE-1817E5D1-66D82EE711388 |
| 6188435 | 1/6/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-1152D29F-6433ADFDC82CD |
| 6188436 | 1/6/2025 | Managem( | -3 | 1.08E+08 | PARISJE-1152D29F-6433ADFDC82CD |
| 6188462 | 1/6/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-7AC37F94-6459D7CCB2742 |
| 6188463 | 1/6/2025 | Managem( | -3 | 1.08E+08 | PARISJE-7AC37F94-6459D7CCB2742 |
| 6189023 | 1/6/2025 | Order Payr | 17.99 | 1.08E+08 | PARISJE-5D95DBF0-6458F26C585E2 |
| 6189352 | 1/6/2025 | Order Payr | 15.99 | 1.08E+08 | PARISJE-12A4A4FA-645C89824E503 |
| 6189360 | 1/6/2025 | Order Payr | 17.99 | 1.08E+08 | PARISJE-5D95DBF0-6458F26C585E2 |
| 6189594 | 1/6/2025 | Order Payr | 9.99 | 1.08E+08 | PARISJE-611022F9-66C594BC15323 |
| 6189636 | 1/6/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-646CF36C-639484BA88987 |
| 6189637 | 1/6/2025 | Managem( | -3 | 1.08E+08 | PARISJE-646CF36C-639484BA88987 |
| 6191461 | 1/6/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-4ECB4BAF-642AC6048C51A |
| 6191462 | 1/6/2025 | Managem( | -3 | 1.08E+08 | PARISJE-4ECB4BAF-642AC6048C51A |
| 6191734 | 1/7/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-2D30BEFF-6447B636EC574 |
| 6191735 | 1/7/2025 | Managem( | -3 | 1.08E+08 | PARISJE-2D30BEFF-6447B636EC574 |
| 6192168 | 1/7/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-B34B52D-64379AA7590EB |
| 6192169 | 1/7/2025 | Managem( | -3 | 1.08E+08 | PARISJE-B34B52D-64379AA7590EB |
| 6193066 | 1/7/2025 | Transactio | -0.33 | 1.08E+08 | PARISJE-27402186-66FD3D6A230D9 |
| 6193067 | 1/7/2025 | Managem( | -3.3 | 1.08E+08 | PARISJE-27402186-66FD3D6A230D9 |
| 6193110 | 1/7/2025 | Transactio | -0.27 | 1.08E+08 | PARISJE-7C25EC4F-641590C510B64 |
| 6193111 | 1/7/2025 | Managem( | -2.7 | 1.08E+08 | PARISJE-7C25EC4F-641590C510B64 |
| 6193226 | 1/7/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-D0E9D9E-66BA139F4D8E1 |
| 6193227 | 1/7/2025 | Managem( | -3 | 1.08E+08 | PARISJE-D0E9D9E-66BA139F4D8E1 |
| 6193428 | 1/7/2025 | Order Payr | 7.99 | 1.08E+08 | PARISJE-DCBE75F-66FD38F412E04 |
| 6193702 | 1/7/2025 | Order Payr | 13.99 | 1.08E+08 | PARISJE-7405FE6E-636470C0719AC |
| 6194224 | 1/7/2025 | Order Payr | 9.99 | 1.08E+08 | PARISJE-512E8277-642D078A98481 |
| 6195154 | 1/7/2025 | Order Payr | 9.99 | 1.08E+08 | PARISJE-42457058-6431327DA08AB |
| 6195182 | 1/7/2025 | Order Payr | 8.9 | 1.08E+08 | parisjewelry518 |
| 6195585 | 1/7/2025 | Order Payr | 11.99 | 1.08E+08 | parisjewelry374 |
| 6195787 | 1/7/2025 | Order Payr | 13.99 | 1.08E+08 | PARISJE-4701AA41-6365D21710776 |
| 6195819 | 1/7/2025 | Return De( | -9.99 | 1.08E+08 | PARISJE-414B1C28-2251BF9AA4DE1 |
| 6195824 | 1/7/2025 | Return De( | -13.38 | 1.08E+08 | PARISJE-414B1C28-2251BF9AA4DE1 |
| 6196167 | 1/7/2025 | Order Payr | 11.49 | 1.08E+08 | parisjewelry460 |
| 6196175 | 1/7/2025 | Order Payr | 16.79 | 1.08E+08 | PARISJE-1BAD6886-66E57DA268340 |
| 6196824 | 1/7/2025 | Order Payr | 15.99 | 1.08E+08 | PARISJE-CFF53143-EAE4EE175D3E2 |
| 6196832 | 1/7/2025 | Order Payr | 7.99 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6197031 | 1/7/2025 | Order Payr | 15.99 | 1.08E+08 | PARISJE-60BB23E5-645B2FBBAA515 |
| 6198986 | 1/7/2025 | Order Payr | 18.99 | 1.08E+08 | PARISJE-EF3CED8-6459CF35147F9 |
| 6199802 | 1/7/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-7B5D44DB-64686EFB449A4 |
| 6199803 | 1/7/2025 | Managem( | -3 | 1.08E+08 | PARISJE-7B5D44DB-64686EFB449A4 |
| 6199926 | 1/7/2025 | Order Payr | 15.99 | 1.08E+08 | PARISJE-3B932726-6459CBD59404C |
| 6200156 | 1/7/2025 | Transactio | -0.54 | 1.08E+08 | PARISJE-A5129B3D-B17B5214E5544 |
| 6200157 | 1/7/2025 | Managem( | -5.4 | 1.08E+08 | PARISJE-A5129B3D-B17B5214E5544 |

Exhibit - 17

| | | | | | | |
|---|---|---|---|---|---|---|
| 6200180 | 1/7/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-1A488B75-635FC4FB6FCF1 |
| 6200181 | 1/7/2025 | Managemι | -3 | 1.08E+08 | PARISJE-1A488B75-635FC4FB6FCF1 |
| 6200322 | 1/7/2025 | Order Payι | 15.99 | 1.08E+08 | PARISJE-27C1D039-603C74DB9E62D |
| 6201138 | 1/7/2025 | Transactio | -0.79 | 1.08E+08 | PARISJE-6990B7D8-645F29C312021 |
| 6201139 | 1/7/2025 | Managemι | -7.92 | 1.08E+08 | PARISJE-6990B7D8-645F29C312021 |
| 6201189 | 1/7/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-14D9B15A-636278B61E96A |
| 6201190 | 1/7/2025 | Managemι | -3 | 1.08E+08 | PARISJE-14D9B15A-636278B61E96A |
| 6201195 | 1/7/2025 | Transactio | -0.36 | 1.08E+08 | PARISJE-67250220-63648A89DD972 |
| 6201196 | 1/7/2025 | Managemι | -3.6 | 1.08E+08 | PARISJE-67250220-63648A89DD972 |
| 6202095 | 1/8/2025 | Transactio | -0.27 | 1.08E+08 | parisjewelry410 |
| 6202096 | 1/8/2025 | Managemι | -2.67 | 1.08E+08 | parisjewelry410 |
| 6202356 | 1/8/2025 | Order Payι | 13.5 | 1.08E+08 | parisjewelry294 |
| 6202596 | 1/8/2025 | Order Payι | 9.99 | 1.08E+08 | PARISJE-5CEC13B4-66D6DB7C2CC72 |
| 6203898 | 1/8/2025 | Order Payι | 10.99 | 1.08E+08 | PARISJE-677093B-65A7A62E9A75E |
| 6204790 | 1/8/2025 | Order Payι | 9.99 | 1.08E+08 | PARISJE-611022F9-66C594BC15323 |
| 6204798 | 1/8/2025 | Order Payι | 7.99 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6206168 | 1/8/2025 | Transactio | -0.6 | 1.08E+08 | PARISJE-6E6524FF-6371E1DD0E69C |
| 6206169 | 1/8/2025 | Managemι | -6 | 1.08E+08 | PARISJE-6E6524FF-6371E1DD0E69C |
| 6206174 | 1/8/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-298822CB-66BA10788DDF7 |
| 6206175 | 1/8/2025 | Managemι | -3 | 1.08E+08 | PARISJE-298822CB-66BA10788DDF7 |
| 6206222 | 1/8/2025 | Order Payι | 16.99 | 1.08E+08 | PARISJE-30BEAE08-6749907A35DFF |
| 6206279 | 1/8/2025 | Order Payι | 14.99 | 1.08E+08 | PARISJE-D4EADC2-645DC80E093CB |
| 6206287 | 1/8/2025 | Order Payι | 10.99 | 1.08E+08 | PARISJE-420C9D7C-63F8555D6EEA4 |
| 6208588 | 1/8/2025 | Order Payι | 15.99 | 1.08E+08 | PARISJE-56BE7506-66BB51C9DE1EC |
| 6209812 | 1/8/2025 | Order Payι | 7.99 | 1.08E+08 | PARISJE-6584FE51-66B70B17C4F6D |
| 6209954 | 1/8/2025 | Order Payι | 22.99 | 1.08E+08 | PARISJE-74F0D24D-66F3B1DC5143C |
| 6210783 | 1/8/2025 | Order Payι | 15.99 | 1.08E+08 | PARISJE-56BE7506-66BB51C9DE1EC |
| 6211283 | 1/8/2025 | Order Payι | 10.99 | 1.08E+08 | PARISJE-27402186-66FD3D6A230D9 |
| 6211845 | 1/8/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-6120A6AC-6458F2DA89388 |
| 6211846 | 1/8/2025 | Managemι | -4.8 | 1.08E+08 | PARISJE-6120A6AC-6458F2DA89388 |
| 6212015 | 1/8/2025 | Transactio | -0.72 | 1.08E+08 | PARISJE-4E409C36-664603462CAA3 |
| 6212016 | 1/8/2025 | Managemι | -7.2 | 1.08E+08 | PARISJE-4E409C36-664603462CAA3 |
| 6212021 | 1/8/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-7EF744C-646328EEC561B |
| 6212022 | 1/8/2025 | Managemι | -3 | 1.08E+08 | PARISJE-7EF744C-646328EEC561B |
| 6212057 | 1/8/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-5CF6F034-6371E52C57CEA |
| 6212058 | 1/8/2025 | Managemι | -3 | 1.08E+08 | PARISJE-5CF6F034-6371E52C57CEA |
| 6212313 | 1/8/2025 | Transactio | -0.63 | 1.08E+08 | PARISJE-6DADD92-6718F3AB83D08 |
| 6212314 | 1/8/2025 | Managemι | -6.3 | 1.08E+08 | PARISJE-6DADD92-6718F3AB83D08 |
| 6212434 | 1/8/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-4F28A7D2-66E52201EADB1 |
| 6212435 | 1/8/2025 | Managemι | -4.8 | 1.08E+08 | PARISJE-4F28A7D2-66E52201EADB1 |
| 6212687 | 1/8/2025 | Transactio | -0.6 | 1.08E+08 | PARISJE-5D2AE911-F073CB486A956 |
| 6212688 | 1/8/2025 | Managemι | -6 | 1.08E+08 | PARISJE-5D2AE911-F073CB486A956 |
| 6214161 | 1/9/2025 | Order Payι | 13.99 | 1.08E+08 | PARISJE-1FB1344B-6D9193790D9A6 |
| 6214536 | 1/9/2025 | Transactio | -1.06 | 1.08E+08 | cfio11419 |
| 6214537 | 1/9/2025 | Managemι | -10.56 | 1.08E+08 | cfio11419 |
| 6215904 | 1/9/2025 | Transactio | -2.67 | 1.08E+08 | PARISJE-2DE3D875-66D19F3573717 |
| 6215905 | 1/9/2025 | Managemι | -26.7 | 1.08E+08 | PARISJE-2DE3D875-66D19F3573717 |

Exhibit 18

| | | | | | |
|---|---|---|---|---|---|
| 6216763 | 1/9/2025 | Order Payı | 15.99 | 1.08E+08 | PARISJE-60BB23E5-645B2FBBAA515 |
| 6216808 | 1/9/2025 | Order Payı | 17.99 | 1.08E+08 | PARISJE-72AB185B-636277C6C7D68 |
| 6218224 | 1/9/2025 | Transactio | -0.32 | 1.08E+08 | parisjewelry312 |
| 6218225 | 1/9/2025 | Managemı | -3.24 | 1.08E+08 | parisjewelry312 |
| 6218269 | 1/9/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-6CE6B5B8-6464B4E969668 |
| 6218270 | 1/9/2025 | Managemı | -3 | 1.08E+08 | PARISJE-6CE6B5B8-6464B4E969668 |
| 6218654 | 1/9/2025 | Transactio | -0.3 | 1.08E+08 | PARISJE-6CE6B5B8-6464B4E969668 |
| 6218655 | 1/9/2025 | Managemı | -3 | 1.08E+08 | PARISJE-6CE6B5B8-6464B4E969668 |
| 6218899 | 1/9/2025 | Transactio | -1.41 | 1.08E+08 | PARISJE-526A41C9-995BA8E7EE169 |
| 6218900 | 1/9/2025 | Managemı | -14.1 | 1.08E+08 | PARISJE-526A41C9-995BA8E7EE169 |
| 6219348 | 1/9/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-3E5289E2-66E80B01B4B3B |
| 6219349 | 1/9/2025 | Managemı | -4.8 | 1.08E+08 | PARISJE-3E5289E2-66E80B01B4B3B |
| 6219354 | 1/9/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-3E5289E2-66E80B01B4B3B |
| 6219355 | 1/9/2025 | Managemı | -4.8 | 1.08E+08 | PARISJE-3E5289E2-66E80B01B4B3B |
| 6219363 | 1/9/2025 | Transactio | -0.48 | 1.08E+08 | PARISJE-3E5289E2-66E80B01B4B3B |
| 6219364 | 1/9/2025 | Managemı | -4.8 | 1.08E+08 | PARISJE-3E5289E2-66E80B01B4B3B |
| 6219372 | 1/9/2025 | Transactio | -0.27 | 1.08E+08 | PARISJE-B09615F-6401C6587CFD3 |
| 6219373 | 1/9/2025 | Managemı | -2.7 | 1.08E+08 | PARISJE-B09615F-6401C6587CFD3 |
| 6219786 | ######## | Transactio | -0.33 | 1.08E+08 | PARISJE-5CFA2706-6443D0B57B7DE |
| 6219787 | ######## | Managemı | -3.3 | 1.08E+08 | PARISJE-5CFA2706-6443D0B57B7DE |
| 6219789 | ######## | Transactio | -0.36 | 1.08E+08 | PARISJE-30CC47FE-635FC5E25B115 |
| 6219790 | ######## | Managemı | -3.6 | 1.08E+08 | PARISJE-30CC47FE-635FC5E25B115 |
| 6219795 | ######## | Transactio | -0.42 | 1.08E+08 | PARISJE-491BD6D6-63647DFDE2DB9 |
| 6219796 | ######## | Managemı | -4.2 | 1.08E+08 | PARISJE-491BD6D6-63647DFDE2DB9 |
| 6220366 | ######## | Transactio | -0.39 | 1.08E+08 | parisjewelry374 |
| 6220367 | ######## | Managemı | -3.9 | 1.08E+08 | parisjewelry374 |
| 6221052 | ######## | Order Payı | 9.99 | 1.08E+08 | PARISJE-50953643-66D5586D469F8 |
| 6221060 | ######## | Order Payı | 16.99 | 1.08E+08 | PARISJE-20F399A7-6729BE7F22E4E |
| 6222462 | ######## | Order Payı | 19.99 | 1.08E+08 | PARISJE-7D74684B-6618CFA45FD81 |
| 6222487 | ######## | Order Payı | 9.99 | 1.08E+08 | PARISJE-68C393EA-64631F3B44255 |
| 6222898 | ######## | Order Payı | 13.5 | 1.08E+08 | parisjewelry327 |
| 6223718 | ######## | Order Payı | 14.95 | 1.08E+08 | PARISJE-4DA0FD11-03E51A42E91D4 |
| 6224486 | ######## | Order Payı | 9.99 | 1.08E+08 | PARISJE-D0E9D9E-66BA139F4D8E1 |
| 6224794 | ######## | Order Payı | 10.99 | 1.08E+08 | PARISJE-69888BB9-63F712B385386 |
| 6225358 | ######## | Order Payı | 9.99 | 1.08E+08 | PARISJE-1F0F8A40-6449217A91860 |
| 6225793 | ######## | Order Payı | 9.99 | 1.08E+08 | PARISJE-7D87B7EC-6442592B220D4 |
| 6226147 | ######## | Order Payı | 9.99 | 1.08E+08 | PARISJE-288F7E97-64364549AA173 |
| 6226868 | ######## | Order Payı | 17.99 | 1.08E+08 | PARISJE-5D95DBF0-6458F26C585E2 |
| 6227204 | ######## | Order Payı | 12.99 | 1.08E+08 | PARISJE-5293701F-636141F7C5726 |
| 6227733 | ######## | Order Payı | 9.99 | 1.08E+08 | PARISJE-1152D29F-6433ADFDC82CD |
| 6227790 | ######## | Order Payı | 15.99 | 1.08E+08 | PARISJE-19BD8392-645B47AB36FCE |
| 6228741 | ######## | Order Payı | 10.99 | 1.08E+08 | PARISJE-69888BB9-63F712B385386 |
| 6229222 | ######## | Order Payı | 15.99 | 1.08E+08 | PARISJE-73EF8D66-6458F18E4E4D9 |
| 6229688 | ######## | Order Payı | 69.99 | 1.08E+08 | PARISJE-510C4D06-66D585CE5BADD |
| 6229882 | ######## | Order Payı | 9.99 | 1.08E+08 | PARISJE-4C13ECD6-643E67ED2C2E4 |
| 6230426 | ######## | Order Payı | 26.39 | 1.08E+08 | PARISJE-6990B7D8-645F29C312021 |
| 6230485 | ######## | Order Payı | 9.99 | 1.08E+08 | PARISJE-4EE063B8-641596676FBBA |

| 6231393 | ######## | Order Payi | 8.99 | 1.08E+08 | PARISJE-7C25EC4F-641590C510B64 |
| 6231476 | ######## | Transactio | -0.43 | 1.08E+08 | PARISJE-5A1C2C6F-65C4B16115FAB |
| 6231477 | ######## | Managem( | -4.32 | 1.08E+08 | PARISJE-5A1C2C6F-65C4B16115FAB |
| 6231492 | ######## | Transactio | -0.27 | 1.08E+08 | parisjewelry416 |
| 6231493 | ######## | Managem( | -2.67 | 1.08E+08 | parisjewelry416 |
| 6232407 | ######## | Transactio | -1.41 | 1.08E+08 | PARISJE-8A2FADF2-E67B5D3D8C483 |
| 6232408 | ######## | Managem( | -14.1 | 1.08E+08 | PARISJE-8A2FADF2-E67B5D3D8C483 |
| 6232416 | ######## | Transactio | -0.36 | 1.08E+08 | PARISJE-5E9505A8-6363BED384420 |
| 6232417 | ######## | Managem( | -3.6 | 1.08E+08 | PARISJE-5E9505A8-6363BED384420 |
| 6232422 | ######## | Transactio | -0.57 | 1.08E+08 | PARISJE-48378876-6458EE877FC01 |
| 6232423 | ######## | Managem( | -5.7 | 1.08E+08 | PARISJE-48378876-6458EE877FC01 |
| 6232555 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6234080 | ######## | Transactio | -0.48 | 1.08E+08 | PARISJE-40951F1C-6459CE938863E |
| 6234081 | ######## | Managem( | -4.8 | 1.08E+08 | PARISJE-40951F1C-6459CE938863E |
| 6234672 | ######## | Order Payi | 13.99 | 1.08E+08 | PARISJE-106A7861-6434DE06B4D6F |
| 6237351 | ######## | Transactio | -1.2 | 1.08E+08 | PARISJE-7E5D7080-66BDDD5ED0799 |
| 6237352 | ######## | Managem( | -12 | 1.08E+08 | PARISJE-7E5D7080-66BDDD5ED0799 |
| 6237389 | ######## | Transactio | -0.36 | 1.08E+08 | PARISJE-35EA1D09-636C9A8844BA1 |
| 6237390 | ######## | Managem( | -3.6 | 1.08E+08 | PARISJE-35EA1D09-636C9A8844BA1 |
| 6237415 | ######## | Transactio | -0.45 | 1.08E+08 | parisjewelry46 |
| 6237416 | ######## | Managem( | -4.5 | 1.08E+08 | parisjewelry46 |
| 6237607 | ######## | Order Payi | 13.99 | 1.08E+08 | PARISJE-491BD6D6-63647DFDE2DB9 |
| 6238214 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-B34B52D-64379AA7590EB |
| 6239321 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6239397 | ######## | Order Payi | 12.99 | 1.08E+08 | PARISJE-3FE59027-66F108245EFE7 |
| 6239405 | ######## | Order Payi | 12.99 | 1.08E+08 | PARISJE-3FE59027-66F108245EFE7 |
| 6239469 | ######## | Transactio | -0.57 | 1.08E+08 | PARISJE-73EF8D66-6458F18E4E4D9 |
| 6239470 | ######## | Managem( | -5.7 | 1.08E+08 | PARISJE-73EF8D66-6458F18E4E4D9 |
| 6240084 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-448BDCB2-642A9ECA1209B |
| 6240307 | ######## | Transactio | -2.07 | 1.08E+08 | PARISJE-434B95F2-644611F9B924C |
| 6240308 | ######## | Managem( | -20.7 | 1.08E+08 | PARISJE-434B95F2-644611F9B924C |
| 6240490 | ######## | Order Payi | 10.99 | 1.08E+08 | PARISJE-11DBFBA9-635E7BB111257 |
| 6241169 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-2D30BEFF-6447B636EC574 |
| 6241368 | ######## | Order Payi | 13.99 | 1.08E+08 | PARISJE-4701AA41-6365D21710776 |
| 6242711 | ######## | Transactio | -0.48 | 1.08E+08 | PARISJE-24024864-6458BEC7F1150 |
| 6242712 | ######## | Managem( | -4.8 | 1.08E+08 | PARISJE-24024864-6458BEC7F1150 |
| 6243494 | ######## | Transactio | -0.51 | 1.08E+08 | PARISJE-69D4BBA7-634D34FD1026B |
| 6243495 | ######## | Managem( | -5.1 | 1.08E+08 | PARISJE-69D4BBA7-634D34FD1026B |
| 6243647 | ######## | Transactio | -0.41 | 1.08E+08 | parisjewelry294 |
| 6243648 | ######## | Managem( | -4.05 | 1.08E+08 | parisjewelry294 |
| 6243653 | ######## | Transactio | -0.3 | 1.08E+08 | PARISJE-C228B73A-7C454E26A2088 |
| 6243654 | ######## | Managem( | -3 | 1.08E+08 | PARISJE-C228B73A-7C454E26A2088 |
| 6243656 | ######## | Transactio | -0.3 | 1.08E+08 | PARISJE-447F898C-0D2D330770676 |
| 6243657 | ######## | Managem( | -3 | 1.08E+08 | PARISJE-447F898C-0D2D330770676 |
| 6243659 | ######## | Transactio | -0.3 | 1.08E+08 | PARISJE-077529FE-9C0314ADF641C |
| 6243660 | ######## | Managem( | -3 | 1.08E+08 | PARISJE-077529FE-9C0314ADF641C |
| 6243662 | ######## | Transactio | -0.3 | 1.08E+08 | PARISJE-C84E49D0-6DA03601EC745 |

Exhibit I 10

```
6243663 ######## Managem«     -3  1.08E+08 PARISJE-C84E49D0-6DA03601EC745
6243665 ######## Transactio  -0.3  1.08E+08 PARISJE-7E350845-66D81F000B386
6243666 ######## Managem«     -3  1.08E+08 PARISJE-7E350845-66D81F000B386
6243710 ######## Transactio  -0.54 1.08E+08 PARISJE-77A58694-6365F5D12D62A
6243711 ######## Managem«    -5.4  1.08E+08 PARISJE-77A58694-6365F5D12D62A
6243970 ######## Order Payı   9.99 1.08E+08 PARISJE-14D9B15A-636278B61E96A
6244031 ######## Transactio  -0.39 1.08E+08 PARISJE-45A2CF3B-66F103C853DDF
6244032 ######## Managem«    -3.9  1.08E+08 PARISJE-45A2CF3B-66F103C853DDF
6244273 ######## Transactio  -0.36 1.08E+08 PARISJE-1809E344-6365FF467027E
6244274 ######## Managem«    -3.6  1.08E+08 PARISJE-1809E344-6365FF467027E
6244845 ######## Transactio  -0.6  1.08E+08 PARISJE-1807AA9B-66E2BF3518071
6244846 ######## Managem«     -6  1.08E+08 PARISJE-1807AA9B-66E2BF3518071
6244944 ######## Transactio  -0.48 1.08E+08 PARISJE-447DA494-66E13398F2BAA
6244945 ######## Managem«    -4.8  1.08E+08 PARISJE-447DA494-66E13398F2BAA
6244953 ######## Transactio  -2.07 1.08E+08 PARISJE-515AA68F-66D5921F82C63
6244954 ######## Managem«   -20.7  1.08E+08 PARISJE-515AA68F-66D5921F82C63
6245287 ######## Transactio  -0.3  1.08E+08 PARISJE-583747E7-634D3D22B9175
6245288 ######## Managem«     -3  1.08E+08 PARISJE-583747E7-634D3D22B9175
6245594 ######## Transactio  -0.24 1.08E+08 PARISJE-2DE83123-66DBFD4FBB77B
6245595 ######## Managem«    -2.4  1.08E+08 PARISJE-2DE83123-66DBFD4FBB77B
6246394 ######## Transactio  -0.57 1.08E+08 PARISJE-03439513-ABC6192906507
6246395 ######## Managem«    -5.7  1.08E+08 PARISJE-03439513-ABC6192906507
6246474 ######## Transactio  -0.57 1.08E+08 PARISJE-73EF8D66-6458F18E4E4D9
6246475 ######## Managem«    -5.7  1.08E+08 PARISJE-73EF8D66-6458F18E4E4D9
6246740 ######## Transactio  -0.33 1.08E+08 PARISJE-DCBE75F-66FD38F412E04
6246741 ######## Managem«    -3.3  1.08E+08 PARISJE-DCBE75F-66FD38F412E04
6246781 ######## Order Payı  29.99 1.08E+08 PARISJE-52BF8D91-66D57AF102849
6246964 ######## Transactio  -0.36 1.08E+08 PARISJE-4AAF4E11-634D372262716
6246965 ######## Managem«    -3.6  1.08E+08 PARISJE-4AAF4E11-634D372262716
6247498 ######## Transactio  -0.3  1.08E+08 PARISJE-4398970B-643E304D61940
6247499 ######## Managem«     -3  1.08E+08 PARISJE-4398970B-643E304D61940
6247827 ######## Transactio  -0.27 1.08E+08 parisjewelry414
6247828 ######## Managem«   -2.67  1.08E+08 parisjewelry414
6248101 ######## Transactio  -0.33 1.08E+08 PARISJE-11DBFBA9-635E7BB111257
6248102 ######## Managem«    -3.3  1.08E+08 PARISJE-11DBFBA9-635E7BB111257
6248467 ######## Transactio  -0.3  1.08E+08 PARISJE-1A488B75-635FC4FB6FCF1
6248468 ######## Managem«     -3  1.08E+08 PARISJE-1A488B75-635FC4FB6FCF1
6248515 ######## Transactio  -0.63 1.08E+08 PARISJE-675AB22-66E95AA3DE700
6248516 ######## Managem«    -6.3  1.08E+08 PARISJE-675AB22-66E95AA3DE700
6248620 ######## Transactio  -0.51 1.08E+08 PARISJE-5C4D5EDA-91C6F35448799
6248621 ######## Managem«    -5.1  1.08E+08 PARISJE-5C4D5EDA-91C6F35448799
6249909 ######## Order Payı   9.99 1.08E+08 PARISJE-636DD556-6431387C9C70D
6250905 ######## Transactio  -0.33 1.08E+08 PARISJE-712B14E8-66B9FF4B175C7
6250906 ######## Managem«    -3.3  1.08E+08 PARISJE-712B14E8-66B9FF4B175C7
6251094 ######## Order Payı   8.9  1.08E+08 parisjewelry410
6251412 ######## Order Payı  15.99 1.08E+08 PARISJE-7FAFC1E7-66EBFB6EC9550
6251420 ######## Order Payı   9.99 1.08E+08 PARISJE-43D808F8-66D822F54D5E5
```

| | | | | | |
|---|---|---|---|---|---|
| 6251532 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-7B5D44DB-64686EFB449A4 |
| 6251540 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-7B5D44DB-64686EFB449A4 |
| 6252248 | ######## | Transactio | -0.48 | 1.08E+08 | PARISJE-115C20C5-645C92565B866 |
| 6252251 | ######## | Managemi | -4.8 | 1.08E+08 | PARISJE-115C20C5-645C92565B866 |
| 6253272 | ######## | Order Payi | 15.99 | 1.08E+08 | PARISJE-6120A6AC-6458F2DA89388 |
| 6253304 | ######## | Order Payi | 11.99 | 1.08E+08 | PARISJE-67250220-63648A89DD972 |
| 6254774 | ######## | Order Payi | 20.99 | 1.08E+08 | PARISJE-6DADD92-6718F3AB83D08 |
| 6254857 | ######## | Order Payi | 12.99 | 1.08E+08 | PARISJE-2A37751B-6351465EA4A91 |
| 6254881 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-7AC37F94-6459D7CCB2742 |
| 6254913 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-14D9B15A-636278B61E96A |
| 6255835 | ######## | Transactio | -0.3 | 1.08E+08 | PARISJE-31DEC3F3-64312BC7EB740 |
| 6255836 | ######## | Managemi | -3 | 1.08E+08 | PARISJE-31DEC3F3-64312BC7EB740 |
| 6255842 | ######## | Order Payi | 8.99 | 1.08E+08 | PARISJE-583747E7-634D3D22B9175 |
| 6255889 | ######## | Order Payi | 18.99 | 1.08E+08 | PARISJE-FAF1A126-50952354F6BAA |
| 6257282 | ######## | Order Payi | 15.99 | 1.08E+08 | PARISJE-2C178A12-645C760AB7EE2 |
| 6257518 | ######## | Order Payi | 12.99 | 1.08E+08 | PARISJE-1BD8F3B1-66BCA1CD38C6F |
| 6259665 | ######## | Order Payi | 12.99 | 1.08E+08 | parisjewelry374 |
| 6259681 | ######## | Order Payi | 12.99 | 1.08E+08 | PARISJE-3AF60933-66F28C890DDE9 |
| 6261059 | ######## | Order Payi | 8.99 | 1.08E+08 | PARISJE-B09615F-6401C6587CFD3 |
| 6261845 | ######## | Transactio | -0.41 | 1.08E+08 | PARISJE-3B71C363-6616254702E66 |
| 6261846 | ######## | Managemi | -4.08 | 1.08E+08 | PARISJE-3B71C363-6616254702E66 |
| 6262136 | ######## | Transactio | -0.27 | 1.08E+08 | parisjewelry403 |
| 6262137 | ######## | Managemi | -2.67 | 1.08E+08 | parisjewelry403 |
| 6262334 | ######## | Transactio | -0.33 | 1.08E+08 | PARISJE-30CC47FE-635FC5E25B115 |
| 6262336 | ######## | Managemi | -3.3 | 1.08E+08 | PARISJE-30CC47FE-635FC5E25B115 |
| 6262337 | ######## | Transactio | -0.33 | 1.08E+08 | PARISJE-30CC47FE-635FC5E25B115 |
| 6262338 | ######## | Managemi | -3.3 | 1.08E+08 | PARISJE-30CC47FE-635FC5E25B115 |
| 6263561 | ######## | Order Payi | 26.99 | 1.08E+08 | PARISJE-FCB4F3C3-CC0CBDA6848C4 |
| 6264691 | ######## | Transactio | -0.3 | 1.08E+08 | PARISJE-89E4F6A-643E2D350E0C2 |
| 6264692 | ######## | Managemi | -3 | 1.08E+08 | PARISJE-89E4F6A-643E2D350E0C2 |
| 6265530 | ######## | Return Dei | -18.99 | 1.08E+08 | PARISJE-008F399D-3E3C53452D8CE |
| 6265532 | ######## | Return Ref | 0.57 | 1.08E+08 | PARISJE-008F399D-3E3C53452D8CE |
| 6265535 | ######## | Return Dei | -7.95 | 1.08E+08 | PARISJE-008F399D-3E3C53452D8CE |
| 6266428 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-7EF744C-646328EEC561B |
| 6266722 | ######## | Order Payi | 15.99 | 1.08E+08 | PARISJE-447DA494-66E13398F2BAA |
| 6267414 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-646CF36C-639484BA88987 |
| 6267869 | ######## | Order Payi | 9.99 | 1.08E+08 | PARISJE-4ECB4BAF-642AC6048C51A |
| 6269578 | ######## | Order Payi | 15.99 | 1.08E+08 | PARISJE-3E5289E2-66E80B01B4B3B |
| 6270139 | ######## | Transactio | -0.36 | 1.08E+08 | PARISJE-4AAF4E11-634D372262716 |
| 6270140 | ######## | Managemi | -3.6 | 1.08E+08 | PARISJE-4AAF4E11-634D372262716 |
| 6270986 | ######## | Transactio | -0.6 | 1.08E+08 | PARISJE-75378184-66BB45F1D233B |
| 6270987 | ######## | Managemi | -6 | 1.08E+08 | PARISJE-75378184-66BB45F1D233B |
| 6271765 | ######## | Transactio | -0.6 | 1.08E+08 | PARISJE-7D74684B-6618CFA45FD81 |
| 6271766 | ######## | Managemi | -6 | 1.08E+08 | PARISJE-7D74684B-6618CFA45FD81 |
| 6271985 | ######## | Transactio | -0.45 | 1.08E+08 | PARISJE-1A7CC5-66BCA3E788A7B |
| 6271986 | ######## | Managemi | -4.5 | 1.08E+08 | PARISJE-1A7CC5-66BCA3E788A7B |
| 6272076 | ######## | Transactio | -0.3 | 1.08E+08 | PARISJE-30CC47FE-635FC5E25B115 |

| | | | | | |
|---|---|---|---|---|---|
| 6272077 | ######## | Managem( | -3 | 1.08E+08 | PARISJE-30CC47FE-635FC5E25B115 |
| 6272079 | ######## | Transactio | -0.3 | 1.08E+08 | PARISJE-14D9B15A-636278B61E96A |
| 6272080 | ######## | Managem( | -3 | 1.08E+08 | PARISJE-14D9B15A-636278B61E96A |
| 6272955 | ######## | Order Pay( | 17.99 | 1.08E+08 | PARISJE-A5129B3D-B17B5214E5544 |
| 6273879 | ######## | Order Pay( | 10.8 | 1.08E+08 | parisjewelry312 |
| 6274103 | ######## | Order Pay( | 9.99 | 1.08E+08 | PARISJE-1A488B75-635FC4FB6FCF1 |
| 6274253 | ######## | Order Pay( | 10.99 | 1.08E+08 | PARISJE-5CFA2706-6443D0B57B7DE |
| 6274261 | ######## | Order Pay( | 11.99 | 1.08E+08 | PARISJE-30CC47FE-635FC5E25B115 |
| 6274873 | ######## | Order Pay( | 9.99 | 1.08E+08 | PARISJE-5CF6F034-6371E52C57CEA |
| 6275091 | ######## | Order Pay( | 18.99 | 1.08E+08 | PARISJE-03439513-ABC6192906507 |
| 6275790 | ######## | Order Pay( | 39.99 | 1.08E+08 | PARISJE-7E5D7080-66BDDD5ED0799 |
| 6276987 | ######## | Order Pay( | 12.31 | 1.08E+08 | PARISJE-597EF592-65E182589312D |
| 6277147 | ######## | Order Pay( | 11.99 | 1.08E+08 | PARISJE-5E9505A8-6363BED384420 |
| 6277189 | ######## | Order Pay( | 15.99 | 1.08E+08 | PARISJE-40951F1C-6459CE938863E |
| 6277284 | ######## | Transactio | -0.3 | 1.08E+08 | PARISJE-636DD556-6431387C9C70D |
| 6277285 | ######## | Managem( | -3 | 1.08E+08 | PARISJE-636DD556-6431387C9C70D |
| 6278121 | ######## | Transactio | -0.42 | 1.08E+08 | PARISJE-53D1DA8E-65EA9B053492E |
| 6278122 | ######## | Managem( | -4.2 | 1.08E+08 | PARISJE-53D1DA8E-65EA9B053492E |
| 6280288 | ######## | Transactio | -0.3 | 1.08E+08 | PARISJE-68C393EA-64631F3B44255 |
| 6280289 | ######## | Managem( | -3 | 1.08E+08 | PARISJE-68C393EA-64631F3B44255 |
| 6280397 | ######## | Order Pay( | 15.99 | 1.08E+08 | PARISJE-3E5289E2-66E80B01B4B3B |
| 6281063 | ######## | Order Pay( | 13.5 | 1.08E+08 | parisjewelry294 |
| 6281239 | ######## | Order Pay( | 19.99 | 1.08E+08 | PARISJE-6E6524FF-6371E1DD0E69C |
| 6281303 | ######## | Transactio | -0.33 | 1.08E+08 | parisjewelry413 |
| 6281304 | ######## | Managem( | -3.3 | 1.08E+08 | parisjewelry413 |
| 6282028 | ######## | Transactio | -0.33 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6282029 | ######## | Managem( | -3.3 | 1.08E+08 | PARISJE-712B14E8-66B9FF4B175C7 |
| 6283041 | ######## | Order Pay( | 9.99 | 1.08E+08 | PARISJE-298822CB-66BA10788DDF7 |
| 6283049 | ######## | Order Pay( | 15.99 | 1.08E+08 | PARISJE-4F28A7D2-66E52201EADB1 |
| 6283057 | ######## | Order Pay( | 19.99 | 1.08E+08 | PARISJE-5D2AE911-F073CB486A956 |
| 6319750 | ######## | SLA Penalt | -5 | 1.08E+08 | |
| 6319827 | ######## | SLA Penalt | -5 | 1.08E+08 | |
| 6319832 | ######## | SLA Penalt | -5 | 1.08E+08 | |