Adam I. Gafni, Cal. Bar No. 230045
**GAFNI & LEVIN, LLP**
11811 San Vicente Blvd.,
Los Angeles, California 90049
Tel: (424) 744-8344
Fax: (424) 488-1344
E-mail: adam@gafnilaw.com

Attorney for Defendant, More Commerce, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUE CHOKROLA OJADIDI,<br><br>Plaintiff,<br><br>vs.<br><br>MORE COMMERCE, INC., A DISSOLVED Delaware corporation; MICHAEL SCHNAPF, an individual; RICHARD STARR, an individual; and DOES 1-10, inclusive<br>Defendants. | Case No.: 2:25-CV-03360-DJC-JDP<br><br>**NOTICE OF FILING PROOF OF SERVICE**<br><br>Hearing Date: 04/23/26<br>Hearing Time: 10:00 a.m.<br>Location: 501 I Street Sacramento, CA  95814<br>Courtroom 9, 13th floor<br><br>Complaint Filed: November 20, 2025 |

-1-
**NOTICE OF FILING PROOF OF SERVICE**

**PROOF OF SERVICE OF DOCUMENTS**

I am over the age of 18 and not a party to this lawsuit. My business address is:11811 San Vicente Blvd., Los Angeles, CA 90049

A true and correct copy of the foregoing document entitled:

   i.   **DEFENDANT MORE COMMERCE, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS, OR ALTERNATIVELY STAY AND COMPEL ARBITRATION OR TRANSFER VENUE**

  ii.   **DECLARATION OF ADAM I. GAFNI IN SUPPORT OF REPLY**

 iii.   **DEFENDANT MORE COMMERCE, INC.'S REQUESTS FOR JUDICIAL NOTICE**

in the manner stated below:

**2.  SERVED BY UNITED STATES PRIORITY MAIL**:

On <u>March 20, 2026</u>,  I served the following persons and/or entities at the last known addresses in this lawsuit proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, priority mail, postage prepaid, and addressed as follows.

Jacque Chokroda Ojadidi

10120 Wexted Way

Elk Grove, CA 95757

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 3/20/26    Lily Sanchez                                *Lily Sanchez*
*Date   Printed Name*                                    *Signature*

**NOTICE OF FILING PROOF OF SERVICE**

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this lawsuit. My business address is:11811 San Vicente Blvd., Los Angeles, CA 90049

A true and correct copy of the foregoing document entitled:

   i.    **NOTICE OF FILING PROOF OF SERVICE**  in the manner stated below:

**2. SERVED BY UNITED STATES PRIORITY MAIL**:

On <u>March 20, 2026</u>, I served the following persons and/or entities at the last known addresses in this lawsuit proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, priority mail, postage prepaid, and addressed as follows.

Jacque Chokroda Ojadidi<br>10120 Wexted Way<br>Elk Grove, CA 95757

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

  3/20/26  Lily Sanchez                           *Lily Sanchez*
    *Date   Printed Name*                          *Signature*

**PROOF OF SERVICE**