UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUE CHOKROLA OJADIDI,

Plaintiff,

v.

MORE COMMERCE, INC., et al.,

Defendants.

Case No.  2:25-cv-3360-DJC-JDP (PS)

ORDER

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On July 9, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections on July 10, 2026, and Defendant filed a response on July 23, 2026.  Both were considered by the undersigned.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The proposed Findings and Recommendations filed July 9, 2026, ECF No. 17, are ADOPTED;

2.  Defendant More Commerce, Inc.'s motion to dismiss, ECF No. 8, is GRANTED;

3.  Plaintiff's first amended complaint, ECF No. 4, is DISMISSED without leave to amend; and

4.  The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated:    **August 6, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE